# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                                    Case No.:   6:20-CV-482-ADA

DELL TECHNOLOGIES INC., ET AL.


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now  Benjamin Hershkowitz                                        , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Dell Technologies Inc., Dell Inc., and EMC Corp. in this case,

and would respectfully show the Court as follows:


1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

    Gibson, Dunn & Crutcher LLP                                  with offices at:

    Mailing address:  200 Park Ave.

    City, State, Zip Code:  New York, NY 10166

    Telephone:  212-351-2410                    Facsimile:  212-351-6210


2.    Since  Jan. 31, 1994                      , Applicant has been and presently is a

    member of and in good standing with the Bar of the State of  New York             .

    Applicant's bar license number is  2600559                                     .


3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| State of New Jersey | Dec. 21, 1993 |
| District of New Jersey | Dec. 21, 1993 |
| Southern District of New York | May 9, 1994 |

    Additional admissions listed in the attached exhibit.

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:   Barry K. Shelton

Mailing address:   311 RR 620S, Suite 205

City, State, Zip Code:   Austin, TX 78734

Telephone:   (512) 263-2165

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Benjamin Hershkowitz   to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Benjamin Hershkowitz

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the __29__ day of __September__, __2020__.

Benjamin Hershkowitz

[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                           Case No.: 6:20-CV-482-ADA

DELL TECHNOLOGIES INC., ET AL.


# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by ___Benjamin Hershkowitz_____, counsel for

_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

___Benjamin Hershkowitz_____ may appear on behalf of _____

in the above case.

IT IS FURTHER ORDERED that ___Benjamin Hershkowitz_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of ___September_____, 20_____.


_____
UNITED STATES DISTRICT JUDGE