## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00482-ADA |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Brian A. Rosenthal, declare as follows:

1. I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc. and EMC Corporation in the above-captioned action. I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2. Attached here as **Exhibit A** is a true and correct copy of the applicant's amendments to the claims, from the file history of U.S. Patent No. 7,424,020, filed on June 25, 2007. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on October 3, 2020.

3. Attached here as **Exhibit B** is a true and correct copy of the applicant's remarks, from the file history of U.S. Patent No. 7,424,020, filed on June 25, 2007. This was retrieved from the United States Patent Office's website (https://portal.uspto.gov/pair/PublicPair) on October 3, 2020.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2020

                                              */s/ Brian A. Rosenthal*
                                              Brian A. Rosenthal