

# EXHIBIT A

AMENDMENT UNDER 37 C.F.R. § 1.116                    Attorney Docket No.: Q71917
Application No.: 10/262,834

## AMENDMENTS TO THE CLAIMS

**This listing of claims will replace all prior versions and listings of claims in the application:**

## LISTING OF CLAIMS:

1. (currently amended):A method for transmission of data via a communication network the method comprising:

receiving, at a network node connected with two or more terminals, a data stream from the communication network, wherein the data stream comprises useful data and protocol data;

removing, at the network node, ~~a majority of~~ the protocol data of a portion of protocol layers from the received data stream; and

switching the remaining data stream to be transmitted one of the terminals,

wherein the communication network is a bus system.


2. (currently amended): The method according to claim 1, wherein the removing the ~~majority of the~~ protocol data comprises ~~processing and~~ removing protocol data of communication protocols of layers 1 to 4 for the terminals connected to the network node.


3. (previously presented): The method according to claim 1, wherein the network node communicates with the communication network via a multiple access protocol and the network node communicates with the terminals via a point-to-point protocol.

2

AMENDMENT UNDER 37 C.F.R. § 1.116                    Attorney Docket No.:  Q71917
Application No.:  10/262,834

4. (previously presented):  The method according to claim 1, wherein a scope of the protocol data of the remaining stream is reduced by more than half in comparison with a scope of the protocol data of the received data stream.

5. (currently amended): A network node comprising:

a first interface for connecting the network node with two or more terminals;

a second interface for connecting the network node with a communication network; and

a control unit which ~~is configured to remove~~ removes ~~a majority of~~ protocol data from a portion of protocol layers from a data stream received from the communication network via the second interface, the data stream comprising useful data and the protocol data, and ~~to switch the~~ switches a remaining data stream to be transmitted to ~~a terminal~~ one of the terminals via the first interface,

wherein the communication network is a bus system.

6. (currently amended): The network node according to claim 5, wherein the control device ~~is configured to process and remove~~ removes the protocol data of communication protocols of layers 1 to 4 for the terminals connected with the network node and ~~to switch~~ switches the remaining data stream reduced by the protocol data of the communication protocols of the layers 1 to 4 to the terminal concerned be transmitted the one of the terminals.

7. (previously presented): The network node according to claim 5, wherein the control device is also configured to transmit the remaining data stream to the terminal via a point-to-point protocol.

3

AMENDMENT UNDER 37 C.F.R. § 1.116                    Attorney Docket No.:  Q71917
Application No.:  10/262,834

8. (new): The method according to claim 2, wherein the protocol data is structured

according to an Open Systems Interconnection (OSI) model comprising the layers 1 to 4.


9. (new): The method according to claim 6, wherein the protocol data is structured

according to an Open Systems Interconnection (OSI) model comprising the layers 1 to 4.