

# EXHIBIT 4

## Contact

www.linkedin.com/in/stuart-a-s-60a7695 (LinkedIn)

## Top Skills

Commercial Litigation

Trade Secrets

Intellectual Property

# Stuart A. S.

President at Brazos Licensing and Development

Los Angeles

## Summary

Prior to co-founding WSOU Investments and its affiliate companies, Stuart served as the General Counsel for Wade & Company, a venture capital firm and as the managing partner of the Los Angeles and Century City offices of the international law firm, Reed Smith LLP.  As a 20-year partner in Reed Smith, he was a member of the commercial litigation group where he specialized in complex commercial and intellectual property disputes.   He serves on the Board of Directors, The Campbell Hall School and served on the Board of Directors of the Los Angeles Urban League from January 2005 until December 2017.  He received a B.A. from Boston College and a J.D. from George Washington University.

———

## Experience

**Brazos Licensing and Development**
President
August 2017 - Present (3 years 4 months)
Waco, Texas, United States

President, Brazos Licensing and Development

**Wade & Company**
General Counsel
March 2016 - May 2019 (3 years 3 months)
Greater Los Angeles Area

**Reed Smith**
Partner
January 1997 - March 2016 (19 years 3 months)
Greater Los Angeles Area

**Bell, Boyd & Lloyd**
Summer Associate, Associate, Partner
September 1989 - December 1996 (7 years 4 months)
Chicago, Illinois, United States

―――

## Education

The George Washington University Law School

JD  · (1986 - 1989)

Boston College

BA, Economics, Philosophy · (1982 - 1986)