

# EXHIBIT 9

 (https://www.transition.com/)

Search …     SEARCH

HOME (HTTPS://WWW.TRANSITION.COM/)
> CONTACT US (HTTPS://WWW.TRANSITION.COM/CONTACT-US/)
> OUR HEADQUARTERS (HTTPS://WWW.TRANSITION.COM/CONTACT-US/OUR-HEADQUARTERS/)

## Our Headquarters

10900 Red Cir Drive, Minnetonka, MN 55343 (https://www.google.com/maps/place/Transition+Networks+Inc/@44.8960764,-93.4178184,15z/data=!4m2!3m1!1s0x0:0x...sa=X&ved=2ahUKEwivmaG0lOPpAhUPXM0KHSCuByoQ_BIwDXoECBAQCA)



(https://www.google.com/maps/place/Transition+Networks+Inc/@44.8960764,-93.4178184,15z/data=!4m2!3m1!1s0x0:0x...sa=X&ved=2ahUKEwivmaG0lOPpAhUPXM0KHSCuByoQ_BIwDXoECBAQCA)

## Don't Miss Out

We're always on the cusp of something new. Receive up-to-date news on how Transition Networks can connect and strengthen your network, the latest product launches, events, offers and more.

First Name

Last Name

Company

Email Address

Submit

ASK THE EXPERTS

1.952.941.7600
(TEL-1.952.941-

(TEL:1-952-941-7600)

CHAT WITH US

EMAIL US (MAILTO:SALES@TRANSITION

> "I've used Transition Networks' products in my customer installations for years. I've always found their products, customer service, sales, and tech support to be top-notch. I wouldn't even consider using another brand."
>
> *Senior Project Manager at IT Solutions Provider*

PRODUCTS (/PRODUCTS/)

Power-over-Ethernet Products (https://www.transition.com/lines/poe-products/)

Network Switches (/lines/network-switches/)

Media Converters, Extenders & NIDs (/lines/media-converters-extenders-nids/)

Network Adapters (/lines/network-adapters/)

SFPs & CWDM Mux/Demux (/lines/optical-devices/)

Network Management Software (/lines/network-management-software/)

Accessories (/lines/accessories/)

New & Coming Soon (/products/new-coming-soon/)

SOLUTIONS (/SOLUTIONS/)

Smart Infrastructure (/solutions/smart-infrastructure/)

Smart Cities (/solutions/smart-cities/)

Physical Security & Surveillance (/solutions/physical-security-surveillance/)

Intelligent Transportation Systems (ITS) (/solutions/intelligent-transportation-systems/)

Government (/solutions/government/)

Business Ethernet (/solutions/business-ethernet-2/)

Fiber-to-the-Desk (/solutions/fiber-to-the-desk-2/)

Data Center Networking (/solutions/data-center-networking/)

Wireless Backhaul (/solutions/wireless-backhaul-2/)

RESOURCES (/SUPPORT/RESOURCES/)

Brochures (/support/resources/brochures/)

Case Studies (/support/resources/case-studies/)

Datasheets (/support/resources/datasheets/)

Overviews (/support/resources/overviews/)

Product Catalogs (/support/resources/product-catalogs/)

Product Line Cards (/support/resources/product-line-cards/)

Webinars (/support/resources/webinars/)

Videos (/support/resources/videos/)

SUPPORT (/SUPPORT/)

Drivers (/support/drivers/)

End of Life Products (/support/product-support/eol-notices/)

Firmware (/support/firmware/)

Release Notes (/support/notes/)

ASK THE EXPERTS

1.952.941.7600
(TEL:1-952-941-

Product Notifications (/account/product-notifications/)

SNMP MIBs (/support/snmp-mibs/)

User Guides (/support/user-guides/)

Warranty (/support/customer-support/warranty/)

ABOUT (/ABOUT/)

CAREERS (/about/careers/)

DIVERSITY & INCLUSION STATEMENT (/about/our-parent-company/communications-systems-inc-diversity-inclusion-statement/)

HOW TO BUY (/HOW-TO-BUY/)

MY ACCOUNT (HTTPS://WWW.TRANSITION.COM/ACCOUNT/)

NEWS, EVENTS & BLOG (/NEWS-EVENTS/)

CONTACT US (/CONTACT-US/)

REQUEST QUOTE (/ACCOUNT/QUOTES/)

Call us at: 1.952.941.7600 (tel:19529417600)

Email us at: sales@transition.com (mailto:sales@transition.com)

Privacy Policy (/privacy-policy/)   © 2020 Transition Networks

ASK THE EXPERTS

1.952.941.7600
(TEL:1-952-941-7600)

CHAT WITH US

EMAIL US (MAILTO:SALES@TRANSITION