

# EXHIBIT 10

**Sughrue**
SUGHRUE MION, PLLC

2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
T 202.293.7060
F 202.293.7860

1010 El Camino Real
Menlo Park, CA 94025-4345
T 650.325.5800
F 650.325.6606

**David J. Cushing**
T 202-663-7925
dcushing@sughrue.com

October 3, 2002

Toei Nishi Shimbashi Bldg. 4F
13-5 Nishi Shimbashi 1-Chome
Minato-Ku, Tokyo 105-0003
Japan
T 03.3503.3760
F 03.3503.3756

www.sughrue.com

BOX PATENT APPLICATION
Commissioner for Patents
Washington, D.C. 20231

Re:   Application of Christoph ÖCHSNER
      NETWORK NODES
      **Assignee: ALCATEL**
      Our Ref. Q71917

Dear Sir:

Attached hereto is the application identified above comprising 12 sheets of the specification, including the claims and abstract and 2 sheets of drawings. The executed Declaration and Power of Attorney and Assignment will be submitted at a later date.

The Government filing fee is calculated as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total claims | 7 | - 20 | = | x | $18.00 | = | $.00 |
| Independent claims | 2 | - 3 | = | x | $84.00 | = | $.00 |
| Base Fee | | | | | | | $740.00 |
| **TOTAL FEE** | | | | | | | **$740.00** |

A check for the statutory filing fee of $740.00 is attached. The USPTO is directed and authorized to charge all required fees, except for the Issue Fee and the Publication Fee, to Deposit Account No. 19-4880. Please also credit any overpayments to said Deposit Account. A duplicate copy of this transmittal letter is attached.

Priority is claimed from:

| Country | Application No | Filing Date |
|---|---|---|
| Germany | 10149001.1 | October 4, 2001 |
| United States | 60/351534 | January 25, 2002 |

The priority document for German Application No. 1014901.1 is enclosed herewith.

Respectfully submitted,

John H. Mion
Registration No. 18,879
*for* David J. Cushing
Registration No. 28,703

SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037-3213
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
Date: October 3, 2002