# EXHIBIT 11

One way 1 passenger Economy

Prosselsheim, Ger... Austin AUS Tue, Dec 15

Bags Stops Airlines Price Times Connecting airports More

Track prices Date grid Price graph Nearby airports

**Travel restricted**

There's a government travel restriction related to coronavirus (COVID-19). More details

Prices are currently typical for your trip. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Airlines | Duration | Stops | Price |
|---|---|---|---|---|
| 6:55 AM – 4:43 PM | KLM, ... · Virgin Atlantic · Operated by ... | 16h 48m NUE–AUS | 2 stops AMS, ATL | $499 |
| 6:55 AM – 8:20 PM | KL... · Lufthansa · Operated by KLM C... | 20h 25m NUE–AUS | 3 stops AMS, EWR, IAD | $3,432 |
| 6:55 AM – 8:20 PM | KL... · Lufthansa · Operated by KLM Ci... | 20h 25m NUE–AUS | 3 stops AMS, BRU, IAD | $3,433 |
| 6:55 AM – 8:20 PM | KL... · Lufthansa, Austrian · Operated ... | 20h 25m NUE–AUS | 3 stops AMS, LHR, IAD | $3,445 |
| 6:55 AM – 8:34 PM | KLM,... · Virgin Atlantic, Air France · Op... | 20h 39m NUE–AUS | 2 stops AMS, ATL | $499 |
| 6:55 AM – 8:34 PM | KLM,... · Air France, Virgin Atlantic · Op... | 20h 39m NUE–AUS | 2 stops AMS, MSP | $499 |
| 6:55 AM – 8:34 PM | KLM,... · Virgin Atlantic, Air France · Op... | 20h 39m NUE–AUS | 2 stops AMS, ATL | $499 |
| 6:55 AM – 8:34 PM | KLM, ... · Virgin Atlantic · Operated by ... | 20h 39m NUE–AUS | 2 stops AMS, ATL | $499 |
| 6:55 AM – 8:34 PM | KLM, ... · Air France · Operated by KL... | 20h 39m NUE–AUS | 3 stops AMS, DTW, ATL | $499 |
| 6:55 AM – 8:34 PM | KLM, ... · Air France · Operated by KL... | 20h 39m NUE–AUS | 3 stops AMS, JFK, ATL | $499 |

| Time | Airlines | Duration | Route | Stops | Stop airports | Price |
|---|---|---|---|---|---|---|
| 6:55 AM – 8:34 PM | KLM, Delta · Operated by KLM Cityhopper | 20h 39m | NUE–AUS | 3 stops | AMS, JFK, MSP | $499 |
| 6:55 AM – 8:34 PM | KLM, Delta · Operated by KLM Cityhopper | 20h 39m | NUE–AUS | 3 stops | AMS, ATL, MSP | $499 |
| 6:55 AM – 8:34 PM | KLM, Delta · Operated by KLM Cityhopper | 20h 39m | NUE–AUS | 3 stops | AMS, BOS, MSP | $499 |
| 6:55 AM – 8:34 PM | KLM, ... · Air France · Operated by KL... | 20h 39m | NUE–AUS | 3 stops | AMS, DTW, ATL | $499 |
| 6:55 AM – 8:54 PM | KLM, British Airway... · Operated by KLM... | 20h 59m | NUE–AUS | 3 stops | AMS, LHR, DFW | $3,333 |
| 6:55 AM – 8:54 PM | KLM, British Airway... · Operated by KLM... | 20h 59m | NUE–AUS | 3 stops | AMS, LHR, DFW | $3,333 |
| 6:55 AM – 8:54 PM | KLM, British Airway... · Operated by KLM... | 20h 59m | NUE–AUS | 3 stops | AMS, LHR, DFW | $3,381 |
| 6:55 AM – 8:57 PM | KLM, U... · Lufthansa · Operated by KL... | 21h 2m | NUE–AUS | 3 stops | AMS, EWR, IAH | $3,432 |
| 6:55 AM – 9:15 PM | KLM, ... · Air France · Operated by KL... | 21h 20m | NUE–AUS | 3 stops | AMS, MSP, SLC | $499 |
| 6:55 AM – 9:26 PM | KLM, Aer Li... · British Airways · Opera... | 21h 31m | NUE–AUS | 3 stops | AMS, DUB, ORD | $2,109 |
| 6:55 AM – 9:26 PM | KLM, U... · Lufthansa · Operated by KL... | 21h 31m | NUE–AUS | 3 stops | AMS, EWR, ORD | $3,432 |
| 6:55 AM – 10:29 PM | KLM, Aer ... · British Airways · Operate... | 22h 34m | NUE–AUS | 3 stops | AMS, DUB, ORD | $2,109 |
| 6:55 AM – 10:41 PM | KLM, Delta · Operated by KLM Cityhopper | 22h 46m | NUE–AUS | 2 stops | AMS, LAX | $568 |
| 6:55 AM – 11:29 PM | KLM, Briti... · Iberia, Finnair · Operated ... | 23h 34m | NUE–AUS | 3 stops | AMS, LHR, MIA | $3,187 |
| 6:55 AM – 11:29 PM | KLM, Briti... · Iberia, Finnair · Operated ... | 23h 34m | NUE–AUS | 3 stops | AMS, LHR, MIA | $3,218 |
| 6:55 AM – 11:29 PM | KLM, Briti... · Iberia, Finnair · Operated ... | 23h 34m | NUE–AUS | 3 stops | AMS, LHR, MIA | $3,218 |
| 6:55 AM – 11:12 AM+1 | KLM, United · Operated by KLM Cityhopper | 35h 17m | NUE–AUS | 3 stops | AMS, EWR, IAH | $3,842 |
| 6:55 AM – 11:12 AM+1 | KLM, United · Operated by KLM Cityhopper | 35h 17m | NUE–AUS | 3 stops | AMS, EWR, IAH | $3,848 |

Google Flights Language · English Country · United States Currency · USD

Find the cheapest and best flight for you.

About Google Privacy & Terms Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**

One way
1 passenger
Economy
Prosselsheim, Ger...
Waco ACT
Tue, Dec 15
Bags
Stops
Airlines
Price
Times
Connecting airports
More
Track prices
Date grid
Price graph
Nearby airports
Travel restricted
There's a government travel restriction related to coronavirus (COVID-19). More details
All flights
Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.
Sort by:
6:55 AM – 11:21 AM+1 KLM, Britis... · Finnair, Iberia · Operate... 35h 26m NUE–ACT 3 stops AMS, LHR, DFW $3,144
6:55 AM – 11:21 AM+1 KLM, Britis... · Finnair, Iberia · Operate... 35h 26m NUE–ACT 3 stops AMS, LHR, DFW $3,144
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ORD, D $3,144
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ORD, D $3,144
6:55 AM – 11:21 AM+1 KLM, Britis... · Finnair, Iberia · Operate... 35h 26m NUE–ACT 3 stops AMS, LHR, DFW $3,192
6:55 AM – 11:21 AM+1 KLM, Britis... · Finnair, Iberia · Operate... 35h 26m NUE–ACT 4 stops AMS, LHR, ORD, D $3,192
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ATL, D $3,192
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ATL, D $3,192
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ATL, D $4,409
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ATL, D $4,409
6:55 AM – 11:21 AM+1 KLM, British ... · Operated by KLM Cityho... 35h 26m NUE–ACT 4 stops AMS, LHR, ATL, D $4,409

Google

A

| Time | Airlines | Duration | Route | Stops | Airports | Price |
|---|---|---|---|---|---|---|
| 6:55 AM – 6:02 PM+1 | KLM, British ... · Operated by KLM Cityho... | 42h 7m | NUE–ACT | 3 stops | AMS, LHR, DFW | $3,144 |
| 6:55 AM – 6:02 PM+1 | KLM, British ... · Operated by KLM Cityho... | 42h 7m | NUE–ACT | 3 stops | AMS, LHR, DFW | $3,144 |
| 6:55 AM – 6:02 PM+1 | KLM, Britis... · Finnair, Iberia · Operate... | 42h 7m | NUE–ACT | 3 stops | AMS, LHR, DFW | $3,192 |
| 6:55 AM – 6:02 PM+1 | KLM, Lufth... · Operated by KLM Cityhop... | 42h 7m | NUE–ACT | 3 stops | AMS, FRA, DFW | $4,263 |
| 6:55 AM – 6:02 PM+1 | KLM, Luf... · Operated by KLM Cityhopper... | 42h 7m | NUE–ACT | 3 stops | AMS, FRA, DFW | $4,278 |
| 6:55 AM – 6:02 PM+1 | KLM, Lufth... · Operated by KLM Cityhop... | 42h 7m | NUE–ACT | 3 stops | AMS, FRA, DFW | $4,278 |

Hide 13 flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 16–Dec 18

Search for hotels

$95

Hilton Waco
4.4 (912)

$104

Hotel Indigo Waco - Baylor
4.5 (773)

$85

Holiday Inn Express & Suite...
4.4 (535)

## Explore more destinations from Prosselsheim, Germany

Google Flights | Language · English | Country · United States | Currency · USD

Find the cheapest and best flight for you.

About Google  Privacy & Terms  Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**