# EXHIBIT 12





