# EXHIBIT 13

## Assignment abstract of title for Application 10262834

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| NETWORK NODES Christoph Ochsner | 7424020 Sep 9, 2008 | 20030067915 Apr 10, 2003 | 10262834 Oct 3, 2002 | | |

## Assignments (5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052372/0675 | Nov 26, 2019 | Apr 10, 2020 | 150 | 45 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
ALCATEL LUCENT

Correspondent
SEAN D. BURDICK
2537 W. STATE STREET
SUITE 220
BOISE, ID 83702

Assignee
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033868/0001 | Aug 19, 2014 | Sep 30, 2014 | 1610 | 173 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
CREDIT SUISSE AG

Correspondent
KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR. LEGAL ASSISTANT
601 LEXINGTON AVENUE
NEW YORK, NY 10022

Assignee
ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD , 75007
PARIS
FRANCE

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029821/0001 | Jan 30, 2013 | Jan 30, 2013 | 3531 | 257 |

Conveyance
SECURITY AGREEMENT

Assignors
ALCATEL LUCENT

Correspondent
DANIEL ST. ONGE, ESQ.
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

Assignee
CREDIT SUISSE AG
ELEVEN MADISON AVENUE
NEW YORK, NEW YORK 10010

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051061/0097 | Nov 30, 2006 | Nov 20, 2019 | 11 | 13 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
ALCATEL

Correspondent
MARY T. POREMBA
600-700 MOUNTAIN AVENUE
ROOM 6E-210
MURRAY HILL, NJ 07974-0636

Assignee
ALCATEL LUCENT
SITE DE NOKIA PARIS-SACLAY
ROUTE DE VILLEJUST
91620 NOZAY
FRANCE

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 013490/0536 | Sep 6, 2002 | Nov 13, 2002 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
OCHSNER, CHRISTOPH

Correspondent
SUGHRUE MION, PLLC
DAVID J. CUSHING
2100 PENNSYLVANIA AVENUE, N.W.
SUITE 800
WASHINGTON, D.C. 20037-3213

Assignee
ALCATEL
54, RUE LA BOETIE
75008 PARIS
FRANCE