

# EXHIBIT 14




