# EXHIBIT 15



  

Google

One way ▾ 1 passenger ▾ Economy ▾

San Francisco SFO ⇄ Austin AUS | Tue, Dec 15 < >

Bags ▾ | Stops ▾ | Airlines ▾ | Price ▾ | Times ▾ | Connecting airports ▾ | More ▾

Track prices ⓘ | Date grid | Price graph | Nearby airports

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently typical for your trip. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

Prices are not available for: Southwest.

| Times / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 8:55 AM – 2:16 PM<br>United | 3h 21m<br>SFO–AUS | Nonstop | $89 |
| 9:00 AM – 2:30 PM<br>Ala... · Operated by Skywest Airlines as A... | 3h 30m<br>SFO–AUS | Nonstop | $89 |
| 4:00 PM – 11:05 PM<br>Southwest | 5h 5m<br>SFO–AUS | 1 stop<br>1h 0m PHX | Price unavailable |
| 2:00 PM – 9:15 PM<br>Delta | 5h 15m<br>SFO–AUS | 1 stop<br>1h 6m SLC | $93 |
| 9:05 AM – 4:25 PM<br>A... · Operated by Skywest Airlines as Ala... | 5h 20m<br>SFO–AUS | 1 stop<br>57m SAN | $206 |
| 4:12 PM – 11:35 PM<br>American | 5h 23m<br>SFO–AUS | 1 stop<br>55m PHX | $93 |
| 6:50 AM – 2:23 PM<br>De... · Operated by Skywest DBA Delta Co... | 5h 33m<br>SFO–AUS | 1 stop<br>1h 14m LAX | $133 |
| 5:30 AM – 1:05 PM<br>United | 5h 35m<br>SFO–AUS | 1 stop<br>1h 7m DEN | $93 |
| 8:00 AM – 3:35 PM<br>Southwest | 5h 35m<br>SFO–AUS | 1 stop<br>1h 0m DEN | Price unavailable |
| 10:03 AM – 5:41 PM<br>American | 5h 38m<br>SFO–AUS | 1 stop<br>58m DFW | $128 |

| | Time | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|---|
| | 1:15 PM – 8:57 PM | United | 5h 42m | SFO–AUS | 1 stop | 1h 13m IAH | $128 |
| | 6:00 AM – 1:43 PM | American | 5h 43m | SFO–AUS | 1 stop | 1h 0m DFW | $93 |
| | 12:35 PM – 8:25 PM | Southwest | 5h 50m | SFO–AUS | 1 stop | 1h 15m DEN | Price unavailable |
| | 8:25 AM – 4:25 PM | United, A… · Operated by Horizon Air as A… | 6h 0m | SFO–AUS | 1 stop | 1h 40m SAN | $406 |
| | 1:05 PM – 9:15 PM | United | 6h 10m | SFO–AUS | 1 stop | 1h 37m DEN | $93 |
| | 7:20 AM – 3:35 PM | United | 6h 15m | SFO–AUS | 1 stop | 1h 43m IAH | $93 |
| | 9:00 AM – 5:41 PM | American | 6h 41m | SFO–AUS | 1 stop | 2h 4m DFW | $93 |
| | 6:03 AM – 2:48 PM | Delta | 6h 45m | SFO–AUS | 1 stop | 2h 27m SLC | $93 |
| | 11:35 AM – 8:34 PM | Delta | 6h 59m | SFO–AUS | 1 stop | 51m MSP | $93 |
| | 11:55 AM – 8:54 PM | American | 6h 59m | SFO–AUS | 1 stop | 2h 21m DFW | $148 |
| | 8:00 AM – 5:40 PM | Southwest | 7h 40m | SFO–AUS | 1 stop | 3h 5m DEN | Price unavailable |
| | 8:00 AM – 5:41 PM | American | 7h 41m | SFO–AUS | 1 stop | 3h 7m DFW | $128 |
| | 10:55 AM – 8:57 PM | United | 8h 2m | SFO–AUS | 1 stop | 3h 24m IAH | $128 |
| | 5:30 AM – 3:35 PM | United | 8h 5m | SFO–AUS | 2 stops | DEN, IAH | $341 |
| | 10:51 AM – 9:15 PM | United | 8h 24m | SFO–AUS | 1 stop | 3h 51m DEN | $93 |
| | 6:00 AM – 4:43 PM | Delta | 8h 43m | SFO–AUS | 1 stop | 2h 6m ATL | $93 |
| | 10:32 AM – 9:15 PM | Delta | 8h 43m | SFO–AUS | 1 stop | 4h 33m SLC | $99 |
| | 10:03 AM – 8:54 PM | | 8h 51m | | 1 stop | | $192 |

 

| | | | | |
|---|---|---|---|---|
| United · Operated by Mesa Airlines DBA Un... | SFO–AUS | 4h 22m IAH | | |
| 6:35 AM – 5:41 PM American | 9h 6m SFO–AUS | 2 stops PHX, DFW | $128 | |
| 6:35 AM – 5:41 PM American | 9h 6m SFO–AUS | 2 stops PHX, DFW | $128 | |
| 12:25 PM – 11:35 PM Amer... · Operated by Skywest Airlines as ... | 9h 10m SFO–AUS | 2 stops LAX, PHX | $186 | |
| 12:25 PM – 11:35 PM Amer... · Operated by Skywest Airlines as ... | 9h 10m SFO–AUS | 2 stops LAX, PHX | $186 | |
| 6:30 AM – 5:41 PM Amer... · Operated by Skywest Airlines as ... | 9h 11m SFO–AUS | 2 stops LAX, DFW | $128 | |
| 6:30 AM – 5:41 PM Amer... · Operated by Skywest Airlines as ... | 9h 11m SFO–AUS | 2 stops LAX, DFW | $248 | |
| 6:00 AM – 5:41 PM American | 9h 41m SFO–AUS | 1 stop 5h 0m DFW | $157 | |
| 9:00 AM – 8:54 PM American | 9h 54m SFO–AUS | 1 stop 5h 19m DFW | $293 | |
| 11:35 PM – 11:50 AM+1 Uni... · Operated by Republic Airways DBA... | 10h 15m SFO–AUS | 1 stop 44m EWR | $258 | |
| 10:50 AM – 11:05 PM Southwest | 10h 15m SFO–AUS | 1 stop 6h 10m PHX | Price unavailable | |
| 8:50 AM – 9:15 PM United | 10h 25m SFO–AUS | 1 stop 5h 53m DEN | $147 | |
| 8:00 AM – 8:25 PM Southwest | 10h 25m SFO–AUS | 1 stop 5h 50m DEN | Price unavailable | |
| 11:45 PM – 12:17 PM+1 Uni... · Operated by Republic Airways DBA... | 10h 32m SFO–AUS | 1 stop 3h 28m ORD | $286 | |
| 8:00 AM – 8:34 PM Delta | 10h 34m SFO–AUS | 1 stop 3h 55m ATL | $133 | |
| 12:16 AM – 1:05 PM United | 10h 49m SFO–AUS | 2 stops IAH, DEN | $554 | |
| 8:00 AM – 8:54 PM American | 10h 54m SFO–AUS | 1 stop 6h 22m DFW | $293 | |
| 7:20 AM – 8:57 PM United | 11h 37m SFO–AUS | 1 stop 7h 3m IAH | $232 | |

11/3/2020 Case 6:20-cv-00482-ADA Document 44-17 Filed 11/04/20 Page 5 of 17

| Airline | Time | Duration | Stops | Price |
|---|---|---|---|---|
| United | 7:00 AM – 9:26 PM | 12h 26m SFO–AUS | 1 stop, 5h 27m ORD | $177 |
| Delta | 6:00 AM – 8:34 PM | 12h 34m SFO–AUS | 1 stop, 5h 56m ATL | $99 |
| American | 6:00 AM – 8:54 PM | 12h 54m SFO–AUS | 1 stop, 8h 15m DFW | $293 |
| United | 12:16 AM – 3:35 PM | 13h 19m SFO–AUS | 1 stop, 8h 45m IAH | $187 |
| United | 5:30 AM – 9:15 PM | 13h 45m SFO–AUS | 1 stop, 9h 17m DEN | $147 |
| United | 6:47 PM – 11:12 AM+1 | 14h 25m SFO–AUS | 2 stops DEN, IAH | $147 |
| American · Operated by Skywest Airlines as … | 5:08 PM – 9:35 AM+1 | 14h 27m SFO–AUS | 2 stops LAX, DFW | $820 |
| Southwest | 6:05 AM – 10:40 PM | 14h 35m SFO–AUS | 1 stop, 7h 40m MDW | Price unavailable |
| United | 6:35 PM – 11:12 AM+1 | 14h 37m SFO–AUS | 1 stop, 10h 6m IAH | $187 |
| United | 8:10 PM – 1:05 PM+1 | 14h 55m SFO–AUS | 2 stops SEA, DEN | $182 |
| Alaska · Operated by Horizon Air as Alaska… | 8:15 PM – 1:10 PM+1 | 14h 55m SFO–AUS | 2 stops PDX, SEA | $287 |
| Alaska · Operated by Horizon Air as AlaskaH… | 8:15 PM – 1:10 PM+1 | 14h 55m SFO–AUS | 2 stops PDX, SEA | $293 |
| United, Alaska | 8:10 PM – 1:10 PM+1 | 15h 0m SFO–AUS | 1 stop, 8h 53m SEA | $502 |
| Alaska | 7:55 PM – 1:10 PM+1 | 15h 15m SFO–AUS | 1 stop, 9h 10m SEA | $257 |
| United | 7:00 PM – 1:05 PM+1 | 16h 5m SFO–AUS | 2 stops LAX, DEN | $152 |
| United | 6:47 PM – 1:05 PM+1 | 16h 18m SFO–AUS | 1 stop, 11h 50m DEN | $147 |
| Alaska · Operated by Skywest Airlines as … | 8:30 PM – 2:55 PM+1 | 16h 25m SFO–AUS | 1 stop, 12h 4m LAX | $382 |
| United | 4:45 PM – 11:12 AM+1 | 16h 27m SFO–AUS | 2 stops DEN, IAH | $147 |

https://www.google.com/flights?hl=en#flt=SFO.AUS.2020-12-15;c:USD;e:1;so:7;sd:1;t:f;tt:o 4/10

 

| | Time | Duration | Stops | Price | |
|---|---|---|---|---|---|
| | 5:40 PM – 1:10 PM +1<br>Ala… · Operated by Skywest Airlines as A… | 17h 30m<br>SFO–AUS | 1 stop<br>11h 20m SEA | $257 | |
| | 7:00 PM – 2:55 PM +1<br>Unit… · Operated by Skywest DBA United … | 17h 55m<br>SFO–AUS | 1 stop<br>13h 30m LAX | $152 | |
| | 8:15 PM – 4:25 PM +1<br>A… · Operated by Skywest Airlines as Ala… | 18h 10m<br>SFO–AUS | 1 stop<br>13h 49m SAN | $212 | |
| | 8:15 PM – 4:25 PM +1<br>… · Operated by Horizon Air as AlaskaH… | 18h 10m<br>SFO–AUS | 2 stops<br>PDX, SAN | $315 | |
| | 4:45 PM – 1:05 PM +1<br>United | 18h 20m<br>SFO–AUS | 1 stop<br>13h 50m DEN | $147 | |
| | 7:55 PM – 4:25 PM +1<br>Ala… · Operated by Horizon Air as Alask… | 18h 30m<br>SFO–AUS | 2 stops<br>SEA, SAN | $321 | |
| | 5:08 PM – 1:43 PM +1<br>Amer… · Operated by Skywest Airlines as … | 18h 35m<br>SFO–AUS | 2 stops<br>LAX, DFW | $204 | |
| | 12:16 AM – 8:57 PM<br>United | 18h 41m<br>SFO–AUS | 1 stop<br>14h 5m IAH | $232 | |
| | 6:47 PM – 3:35 PM +1<br>United | 18h 48m<br>SFO–AUS | 2 stops<br>DEN, IAH | $147 | |
| | 12:16 AM – 9:15 PM<br>United | 18h 59m<br>SFO–AUS | 2 stops<br>IAH, DEN | $250 | |
| | 12:16 AM – 9:15 PM<br>United | 18h 59m<br>SFO–AUS | 2 stops<br>IAH, DEN | $250 | |
| | 12:16 AM – 9:15 PM<br>United | 18h 59m<br>SFO–AUS | 2 stops<br>IAH, DEN | $455 | |
| | 12:16 AM – 9:15 PM<br>United | 18h 59m<br>SFO–AUS | 2 stops<br>IAH, DEN | $455 | |
| | 12:16 AM – 9:15 PM<br>United | 18h 59m<br>SFO–AUS | 2 stops<br>IAH, DEN | $465 | |
| | 6:35 PM – 3:35 PM +1<br>United | 19h 0m<br>SFO–AUS | 1 stop<br>14h 29m IAH | $187 | |
| | 12:25 PM – 9:35 AM +1<br>Amer… · Operated by Skywest Airlines as … | 19h 10m<br>SFO–AUS | 2 stops<br>LAX, DFW | $137 | |
| | 12:25 PM – 9:35 AM +1<br>Amer… · Operated by Skywest Airlines as … | 19h 10m<br>SFO–AUS | 2 stops<br>LAX, DFW | $140 | |
| | 11:28 PM – 8:41 PM +1<br>American | 19h 13m<br>SFO–AUS | 1 stop<br>10h 45m MIA | $329 | |

| | | | | | |
|---|---|---|---|---|---|
| | 11:55 AM – 9:35 AM+1<br>American | 19h 40m<br>SFO–AUS | 1 stop<br>15h 6m DFW | | $137 |
| | 11:45 PM – 9:26 PM+1<br>United | 19h 41m<br>SFO–AUS | 1 stop<br>12h 43m ORD | | $352 |
| | 6:40 PM – 4:25 PM+1<br>United, A… · Operated by Horizon Air as A… | 19h 45m<br>SFO–AUS | 1 stop<br>15h 21m SAN | | $412 |
| | 1:15 PM – 11:12 AM+1<br>United | 19h 57m<br>SFO–AUS | 1 stop<br>15h 30m IAH | | $187 |
| | 4:12 PM – 2:15 PM+1<br>American | 20h 3m<br>SFO–AUS | 1 stop<br>15h 38m PHX | | $162 |
| | 1:05 PM – 11:12 AM+1<br>United | 20h 7m<br>SFO–AUS | 2 stops<br>DEN, IAH | | $147 |
| | 5:40 PM – 4:25 PM+1<br>A… · Operated by Skywest Airlines as Ala… | 20h 45m<br>SFO–AUS | 2 stops<br>SEA, SAN | | $254 |
| | 2:25 PM – 1:10 PM+1<br>Alaska | 20h 45m<br>SFO–AUS | 1 stop<br>14h 38m SEA | | $257 |
| | 1:00 PM – 11:50 AM+1<br>Uni… · Operated by Republic Airways DBA… | 20h 50m<br>SFO–AUS | 1 stop<br>10h 51m EWR | | $124 |
| | 4:45 PM – 3:35 PM+1<br>United | 20h 50m<br>SFO–AUS | 2 stops<br>DEN, IAH | | $147 |
| | 5:15 PM – 4:25 PM+1<br>A… · Operated by Skywest Airlines as Ala… | 21h 10m<br>SFO–AUS | 1 stop<br>16h 49m SAN | | $212 |
| | 12:25 PM – 11:36 AM+1<br>Amer… · Operated by Skywest Airlines as … | 21h 11m<br>SFO–AUS | 2 stops<br>LAX, DFW | | $137 |
| | 12:25 PM – 11:36 AM+1<br>Amer… · Operated by Skywest Airlines as … | 21h 11m<br>SFO–AUS | 2 stops<br>LAX, DFW | | $140 |
| | 1:00 PM – 12:17 PM+1<br>Uni… · Operated by Republic Airways DBA… | 21h 17m<br>SFO–AUS | 1 stop<br>14h 3m ORD | | $177 |
| | 10:03 AM – 9:35 AM+1<br>American | 21h 32m<br>SFO–AUS | 1 stop<br>16h 58m DFW | | $137 |
| | 11:55 AM – 11:36 AM+1<br>American | 21h 41m<br>SFO–AUS | 1 stop<br>17h 6m DFW | | $137 |
| | 1:05 PM – 1:05 PM+1<br>United | 22h 0m<br>SFO–AUS | 1 stop<br>17h 27m DEN | | $147 |
| | 11:28 PM – 11:29 PM+1 | 22h 1m | 1 stop | | $389 |

 

| | | | | | |
|---|---|---|---|---|---|
| American · Operated by Skywest Airlines as ... | | SFO–AUS | | LAX, DFW | |
| 9:00 AM – 9:35 AM+1 American | 22h 35m SFO–AUS | 1 stop 18h 4m DFW | $137 | |
| 8:10 PM – 8:57 PM+1 United | 22h 47m SFO–AUS | 2 stops SEA, IAH | $238 | |
| 11:00 AM – 11:50 AM+1 Uni... · Operated by Republic Airways DBA... | 22h 50m SFO–AUS | 1 stop 12h 51m EWR | $124 | |
| 8:10 PM – 9:15 PM+1 United | 23h 5m SFO–AUS | 2 stops SEA, DEN | $170 | |
| 12:25 PM – 1:43 PM+1 Amer... · Operated by Skywest Airlines as ... | 23h 18m SFO–AUS | 2 stops LAX, DFW | $137 | |
| 12:25 PM – 1:43 PM+1 Amer... · Operated by Skywest Airlines as ... | 23h 18m SFO–AUS | 2 stops LAX, DFW | $140 | |
| 12:25 PM – 1:43 PM+1 Amer... · Operated by Skywest Airlines as ... | 23h 18m SFO–AUS | 2 stops LAX, DFW | $140 | |
| 4:12 PM – 5:41 PM+1 American | 23h 29m SFO–AUS | 2 stops PHX, DFW | $162 | |
| 4:12 PM – 5:41 PM+1 American | 23h 29m SFO–AUS | 2 stops PHX, DFW | $162 | |
| 4:12 PM – 5:41 PM+1 American | 23h 29m SFO–AUS | 2 stops PHX, DFW | $182 | |
| 4:12 PM – 5:41 PM+1 American | 23h 29m SFO–AUS | 2 stops PHX, DFW | $240 | |
| 4:12 PM – 5:41 PM+1 American | 23h 29m SFO–AUS | 2 stops PHX, DFW | $240 | |
| 10:03 AM – 11:36 AM+1 American | 23h 33m SFO–AUS | 1 stop 18h 58m DFW | $137 | |
| 8:00 AM – 9:35 AM+1 American | 23h 35m SFO–AUS | 1 stop 19h 7m DFW | $137 | |
| 11:55 AM – 1:43 PM+1 American | 23h 48m SFO–AUS | 1 stop 19h 6m DFW | $137 | |
| 7:00 PM – 8:57 PM+1 United | 23h 57m SFO–AUS | 2 stops LAX, IAH | $152 | |
| 6:55 PM – 8:57 PM+1 Unit... · Operated by Skywest DBA United ... | 24h 2m SFO–AUS | 2 stops PHX, IAH | $162 | |

| Airline | Time | Duration | Stops | Price |
|---|---|---|---|---|
| United | (prev row) | 24h ?m | 2 stops LAX, DEN | $? |
| United | 6:55 PM – 9:15 PM +1 | 24h 20m SFO–AUS | 2 stops SEA, DEN | $170 |
| United | 6:35 PM – 8:57 PM +1 | 24h 22m SFO–AUS | 1 stop 19h 49m IAH | $187 |
| United | 6:47 PM – 9:15 PM +1 | 24h 28m SFO–AUS | 1 stop 20h 0m DEN | $147 |
| United | 10:35 AM – 1:05 PM +1 | 24h 30m SFO–AUS | 2 stops LAX, DEN | $147 |
| United | 10:35 AM – 1:05 PM +1 | 24h 30m SFO–AUS | 2 stops LAX, DEN | $147 |
| United | 6:40 PM – 9:15 PM +1 | 24h 35m SFO–AUS | 2 stops SAN, DEN | $162 |
| American | 9:00 AM – 11:36 AM +1 | 24h 36m SFO–AUS | 1 stop 20h 4m DFW | $137 |
| United | 6:30 PM – 9:15 PM +1 | 24h 45m SFO–AUS | 2 stops LAS, DEN | $160 |
| United · Operated by Republic Airways DBA… | 9:00 AM – 11:50 AM +1 | 24h 50m SFO–AUS | 1 stop 15h 8m EWR | $124 |
| American | 6:35 AM – 9:35 AM +1 | 25h 0m SFO–AUS | 2 stops PHX, DFW | $137 |
| American | 6:35 AM – 9:35 AM +1 | 25h 0m SFO–AUS | 2 stops PHX, DFW | $137 |
| American · Operated by Skywest Airlines as … | 6:30 AM – 9:35 AM +1 | 25h 5m SFO–AUS | 2 stops LAX, DFW | $137 |
| American · Operated by Skywest Airlines as … | 6:30 AM – 9:35 AM +1 | 25h 5m SFO–AUS | 2 stops LAX, DFW | $140 |
| American | 6:00 AM – 9:35 AM +1 | 25h 35m SFO–AUS | 1 stop 21h 0m DFW | $137 |
| American | 8:00 AM – 11:36 AM +1 | 25h 36m SFO–AUS | 1 stop 21h 7m DFW | $137 |
| American | 10:03 AM – 1:43 PM +1 | 25h 40m SFO–AUS | 1 stop 20h 58m DFW | $137 |
| A… · Operated by Skywest Airlines as Ala… | 12:45 PM – 4:25 PM +1 | 25h 40m SFO–AUS | 1 stop 21h 17m SAN | $212 |

Flights

    ☰ Google                                                                               

| | 8:50 AM – 1:05 PM +1  United | 26h 15m  SFO–AUS | 1 stop  21h 43m DEN | $147 | |
|---|---|---|---|---|---|
| | 4:45 PM – 9:15 PM +1  United | 26h 30m  SFO–AUS | 1 stop  22h 0m DEN | $147 | |
| | 9:00 AM – 1:43 PM +1  American | 26h 43m  SFO–AUS | 1 stop  22h 4m DFW | $137 | |
| | 7:00 AM – 11:50 AM +1  Uni… · Operated by Republic Airways DBA… | 26h 50m  SFO–AUS | 1 stop  16h 57m EWR | $124 | |
| | 6:00 AM – 11:36 AM +1  American | 27h 36m  SFO–AUS | 1 stop  23h 0m DFW | $137 | |
| | 8:00 AM – 1:43 PM +1  American | 27h 43m  SFO–AUS | 1 stop  23h 7m DFW | $137 | |
| | 11:55 AM – 5:41 PM +1  American | 27h 46m  SFO–AUS | 1 stop  23h 6m DFW | $172 | |
| | 5:40 PM – 11:58 PM +1  Ala… · Operated by Skywest Airlines as A… | 28h 18m  SFO–AUS | 1 stop  22h 5m SEA | $257 | |
| | 1:15 PM – 8:57 PM +1  United | 29h 42m  SFO–AUS | 1 stop  25h 13m IAH | $187 | |
| | 1:00 PM – 9:26 PM +1  United | 30h 26m  SFO–AUS | 1 stop  23h 18m ORD | $177 | |
| | 12:16 AM – 11:12 AM +1  United | 32h 56m  SFO–AUS | 1 stop  28h 22m IAH | $187 | |

Hide 143 flights

## Hotels in Austin ⓘ

Nightly prices for 1 guest Dec 15–Dec 17                    Search for hotels ↗

 JW Marriott Austin  $131  4.6  (5504)

 Omni Austin Hotel Downtown  $95  4.3  (3204)

 Fairmont Austin  $135  4.5  (3088)

## Explore more destinations from San Francisco





  

Google

One way · 1 passenger · Economy

San Francisco SFO | Waco ACT | Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently **low** — $81 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| | | | |
|---|---|---|---|
| 10:03 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 5h 59m<br>SFO–ACT | 1 stop<br>1h 33m DFW | $133 |
| 9:00 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 7h 2m<br>SFO–ACT | 1 stop<br>2h 39m DFW | $133 |
| 8:00 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 8h 2m<br>SFO–ACT | 1 stop<br>3h 42m DFW | $133 |
| 6:35 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 9h 27m<br>SFO–ACT | 2 stops<br>PHX, DFW | $133 |
| 6:35 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 9h 27m<br>SFO–ACT | 2 stops<br>PHX, DFW | $133 |
| 6:35 AM – 6:02 PM<br>A... · Operated by Skywest Airlines as Am... | 9h 27m<br>SFO–ACT | 3 stops<br>PHX, ABQ, DFW | $261 |
| 6:35 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 9h 27m<br>SFO–ACT | 3 stops<br>PHX, SAT, DFW | $269 |
| 6:35 AM – 6:02 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 9h 27m<br>SFO–ACT | 3 stops<br>PHX, DEN, DFW | $297 |
| 6:35 AM – 6:02 PM<br>A... · Operated by Skywest Airlines as Am... | 9h 27m<br>SFO–ACT | 3 stops<br>PHX, OKC, DFW | $313 |
| 6:30 AM – 6:02 PM<br>A... · Operated by Skywest Airlines as A... | 9h 32m<br>SFO–ACT | 2 stops<br>LAX, DFW | $133 |

| | | | | | |
|---|---|---|---|---|---|
| 6:30 AM – 6:02 PM<br>A… · Operated by Skywest Airlines as Am… | 9h 32m<br>SFO–ACT | 3 stops<br>LAX, DEN, DFW | $332 | |
| 6:00 AM – 6:02 PM<br>Ameri… · Operated by Envoy Air as Ameri… | 10h 2m<br>SFO–ACT | 1 stop<br>5h 35m DFW | $139 | |
| 5:08 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 16h 13m<br>SFO–ACT | 2 stops<br>LAX, DFW | $234 | |
| 11:28 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 16h 34m<br>SFO–ACT | 2 stops<br>MIA, DFW | $342 | |
| 11:28 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 16h 34m<br>SFO–ACT | 2 stops<br>MIA, DFW | $407 | |
| 11:28 PM – 6:02 PM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 16h 34m<br>SFO–ACT | 2 stops<br>MIA, DFW | $413 | |
| 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 2 stops<br>PHX, DFW | $139 | |
| 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 3 stops<br>PHX, SAT, DFW | $160 | |
| 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 3 stops<br>PHX, SAT, DFW | $186 | |
| 4:12 PM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 17h 9m<br>SFO–ACT | 3 stops<br>PHX, LAX, DFW | $192 | |
| 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 2 stops<br>LAX, DFW | $139 | |
| 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 | |
| 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 | |
| 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $192 | |
| 12:25 PM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 20h 56m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $192 | |
| 11:55 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 21h 26m<br>SFO–ACT | 1 stop<br>17h 6m DFW | $139 | |
| 10:58 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 22h 23m<br>SFO–ACT | 2 stops<br>PHL, DFW | $303 | |
| 10:58 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 22h 23m<br>SFO–ACT | 2 stops<br>PHL, DFW | $303 | |

Google

| | Time | Duration | Stops | Route | Price |
|---|---|---|---|---|---|
| | 5:08 PM – 6:02 PM[+1] A… · Operated by Skywest Airlines as A… | 22h 54m SFO–ACT | 2 stops | LAX, DFW | $229 |
| | 5:08 PM – 6:02 PM[+1] A… · Operated by Skywest Airlines as A… | 22h 54m SFO–ACT | 2 stops | LAX, DFW | $234 |
| | 5:08 PM – 6:02 PM[+1] A… · Operated by Skywest Airlines as A… | 22h 54m SFO–ACT | 2 stops | LAX, DFW | $234 |
| | 5:08 PM – 6:02 PM[+1] A… · Operated by Skywest Airlines as A… | 22h 54m SFO–ACT | 2 stops | LAX, DFW | $357 |
| | 10:03 AM – 11:21 AM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 18m SFO–ACT | 1 stop | 18h 58m DFW | $229 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 2 stops | PHX, DFW | $139 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 2 stops | PHX, DFW | $139 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 2 stops | PHX, DFW | $144 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 2 stops | PHX, DFW | $144 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 2 stops | PHX, DFW | $144 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, SAT, DFW | $160 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, SAT, DFW | $165 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, LAX, DFW | $177 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, LAX, DFW | $177 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, LAX, DFW | $182 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, LAX, DFW | $182 |
| | 4:12 PM – 6:02 PM[+1] Ameri… · Operated by Envoy Air as Ameri… | 23h 50m SFO–ACT | 3 stops | PHX, LAX, DFW | $182 |
| | 9:00 AM – 11:21 AM[+1] | 24h 21m | 1 stop | | $229 |

 

| | | | | | |
|---|---|---|---|---|---|
| | Ameri… · Operated by Envoy Air as Ameri… | SFO–ACT | 21h 7m DFW | | |
| | 6:35 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 26h 46m<br>SFO–ACT | 2 stops<br>PHX, DFW | $144 | |
| | 6:35 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 26h 46m<br>SFO–ACT | 2 stops<br>PHX, DFW | $144 | |
| | 6:35 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 26h 46m<br>SFO–ACT | 3 stops<br>PHX, SAT, DFW | $160 | |
| | 6:35 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 26h 46m<br>SFO–ACT | 3 stops<br>PHX, LAX, DFW | $182 | |
| | 6:35 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 26h 46m<br>SFO–ACT | 3 stops<br>PHX, LAX, DFW | $182 | |
| | 6:35 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 26h 46m<br>SFO–ACT | 3 stops<br>PHX, LAX, DFW | $182 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 2 stops<br>LAX, DFW | $180 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 2 stops<br>LAX, DFW | $180 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 2 stops<br>LAX, DFW | $180 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $182 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $182 | |
| | 6:30 AM – 11:21 AM+1<br>A… · Operated by Skywest Airlines as A… | 26h 51m<br>SFO–ACT | 3 stops<br>LAX, PHX, DFW | $266 | |
| | 6:00 AM – 11:21 AM+1<br>Ameri… · Operated by Envoy Air as Ameri… | 27h 21m<br>SFO–ACT | 1 stop<br>23h 0m DFW | $229 | |
| | 12:25 PM – 6:02 PM+1<br>A… · Operated by Skywest Airlines as A… | 27h 37m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 | |
| | 12:25 PM – 6:02 PM+1<br>A… · Operated by Skywest Airlines as A… | 27h 37m<br>SFO–ACT | 2 stops<br>LAX, DFW | $144 | |
| | 12:25 PM – 6:02 PM+1<br>A… · Operated by Skywest Airlines as A… | 27h 37m<br>SFO–ACT | 2 stops<br>LAX, DFW | $177 | |

Google

| Departure | Flight info | Duration | Stops | Price |
|---|---|---|---|---|
| 12:25 PM – 6:02 PM | A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 3 stops LAX, PHX, DFW | $177 |
| 12:25 PM – 6:02 PM+1 | A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 3 stops LAX, PHX, DFW | $177 |
| 12:25 PM – 6:02 PM+1 | A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 3 stops LAX, PHX, DFW | $182 |
| 12:25 PM – 6:02 PM+1 | A… · Operated by Skywest Airlines as A… | 27h 37m SFO–ACT | 2 stops LAX, DFW | $200 |
| 11:55 AM – 6:02 PM+1 | Ameri… · Operated by Envoy Air as Ameri… | 28h 7m SFO–ACT | 1 stop 23h 41m DFW | $229 |
| 10:58 AM – 6:02 PM+1 | Ameri… · Operated by Envoy Air as Ameri… | 29h 4m SFO–ACT | 2 stops PHL, DFW | $303 |
| 10:58 AM – 6:02 PM+1 | Ameri… · Operated by Envoy Air as Ameri… | 29h 4m SFO–ACT | 2 stops PHL, DFW | $303 |
| 8:43 AM – 6:02 PM+1 | Ameri… · Operated by Envoy Air as Ameri… | 31h 19m SFO–ACT | 2 stops CLT, DFW | $292 |
| 6:30 AM – 6:02 PM+1 | A… · Operated by Skywest Airlines as A… | 33h 32m SFO–ACT | 2 stops LAX, DFW | $241 |
| 6:30 AM – 6:02 PM+1 | A… · Operated by Skywest Airlines as A… | 33h 32m SFO–ACT | 2 stops LAX, DFW | $246 |
| 6:30 AM – 6:02 PM+1 | A… · Operated by Skywest Airlines as A… | 33h 32m SFO–ACT | 2 stops LAX, DFW | $246 |

Hide 71 flights

## Hotels in Waco

Nightly prices for 1 guest Dec 15–Dec 17

Search for hotels ↗


Hilton Waco
4.4 (912)
$95


Hotel Indigo Waco - Baylor
4.5 (773)
$98


Holiday Inn Express & Suite…
4.4 (535)
$89

## Explore more destinations from San Francisco

