# EXHIBIT 17

IBM Research    Research areas    Work with us    About us    Blog

# IBM Research | Austin

Explore our research

Connect with us:

→ Making "Cognitive Music" With IBM Watson    Learn more

## About us

Established in October 1995, IBM Research - Austin is one of 12 IBM research laboratories worldwide. Scientists, designers, engineers, developers and other experts work together in the lab on a variety of focus areas including hardware development, software development, system architectures and advancements in cognitive computing and AI. Specific projects include flood prediction modeling, 3D microprocessor transistor design, and Main Memory Power, Performance, and Reliability Research as well as applying AI to industry challenges such as improving elder care.



### Careers and internships

→ Explore opportunities



### Location

**IBM Research - Austin**
11501 Burnet Road
Austin, TX 78758

↓ More information

IBM Research    Research areas    Work with us    About us    Blog

#### Director

Dr. Kevin Nowka is the director of IBM Research – Austin, one of IBM's 12 global research laboratories. He leads a team of scientists and engineers working on optimized systems for big-data and analytics, mobile computing, and energy-efficient systems and datacenters.

→ Learn more

## Featured Research



🖵 Cognitive Eldercare                      🖵 Watson Beat

## Latest news

→ **IBM believes in these 8 startups, including one from Austin**
IBM Corp. has partnered with eight startups to accelerate the development of quantum computing — a potentially revolutionary but still unproven approach to technology that has the potential to change everything from drug development to internet searches.

→ **Taryn Southern's new album is produced entirely by AI**
Singer-songwriter and YouTuber Taryn Southern has decided to push the limits of AI composition, putting the sound of her new album into the "hands" of four AI programs, including IBM's Watson Beat. Aptly titled I Am AI, the album will be the first of its kind to be fully composed with and totally produced by AI when it releases in May.

→ **The Watson Beat: Using Machine Learning to Inspire Musical Creativity**
IBM has released The Watson Beat as open source on GitHub. You can use it to create rich compositions from simple input melodies.

→ **App lets stadium crowds display giant messages with their phones**
"3 – 2 – 1 GO!"" shouts the announcer and the crowd all hold up coloured cards that have been carefully placed under their seats. Mass coordinated displays like this at sporting occasions – such as Leicester City's Premier League win celebration, above – are always an impressive sight.

## Researchers

IBM Research    Research areas    Work with us    About us    Blog



Scientists at IBM Research - Austin are pioneering work in AI, cognitive computing, design, and so much more to solve a wide range of practical problems, boost productivity and foster new discoveries and applications across industries.

→ Meet the researchers

## Visiting IBM Research - Austin



**Address**
11501 Burnet Road, Austin, TX 78758

→ Get directions

## Join IBM Research - Austin

Join some of the best scientists from around the world at IBM Research - Austin. Key research areas include optimized systems for big-data and analytics, mobile computing, and energy-efficient systems and datacenters.

Explore opportunities

### What is IBM Research disrupting today?

Explore research