# EXHIBIT 18



  

Google

One way · 1 passenger · Economy

Los Angeles LAX → Austin AUS | Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently typical for your trip. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

Prices are not available for: Southwest.

| Time | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 9:35 AM – 2:23 PM | Delta | 2h 48m | LAX–AUS | Nonstop | | $84 |
| 12:04 PM – 4:53 PM | JetBlue | 2h 49m | LAX–AUS | Nonstop | | $56 |
| 4:40 PM – 11:05 PM | Southwest | 4h 25m | LAX–AUS | 1 stop | 55m PHX | Price unavailable |
| 8:30 AM – 3:10 PM | Southwest | 4h 40m | LAX–AUS | 1 stop | 45m LAS | Price unavailable |
| 2:20 PM – 9:00 PM | Southwest | 4h 40m | LAX–AUS | 1 stop | 45m HOU | Price unavailable |
| 4:45 PM – 11:35 PM | American | 4h 50m | LAX–AUS | 1 stop | 57m PHX | $88 |
| 7:15 AM – 2:15 PM | American | 5h 0m | LAX–AUS | 1 stop | 1h 0m PHX | $287 |
| 10:30 AM – 5:41 PM | American | 5h 11m | LAX–AUS | 1 stop | 1h 11m DFW | $218 |
| 7:35 AM – 2:48 PM | Delta | 5h 13m | LAX–AUS | 1 stop | 54m SLC | $133 |
| 8:20 AM – 3:35 PM | United | 5h 15m | LAX–AUS | 1 stop | 1h 11m IAH | $287 |

| | Flight | Duration | Stops | Price |
|---|---|---|---|---|
| | 9:45 AM – 5:15 PM<br>Southwest | 5h 30m<br>LAX–AUS | 1 stop<br>2h 0m PHX | Price unavailable |
| | 5:30 AM – 1:05 PM<br>United | 5h 35m<br>LAX–AUS | 1 stop<br>1h 18m DEN | $108 |
| | 1:35 PM – 9:15 PM<br>Delta | 5h 40m<br>LAX–AUS | 1 stop<br>1h 31m SLC | $98 |
| | 9:05 AM – 4:46 PM<br>A… · Operated by Skywest Airlines as Ala… | 5h 41m<br>LAX–AUS | 1 stop<br>52m SJC | $170 |
| | 6:00 AM – 1:43 PM<br>American | 5h 43m<br>LAX–AUS | 1 stop<br>1h 29m DFW | $88 |
| | 1:10 PM – 8:57 PM<br>United | 5h 47m<br>LAX–AUS | 1 stop<br>1h 37m IAH | $124 |
| | 1:15 PM – 9:15 PM<br>United | 6h 0m<br>LAX–AUS | 1 stop<br>1h 46m DEN | $108 |
| | 3:30 PM – 11:35 PM<br>American | 6h 5m<br>LAX–AUS | 1 stop<br>2h 12m PHX | $88 |
| | 6:06 AM – 2:15 PM<br>American | 6h 9m<br>LAX–AUS | 1 stop<br>2h 15m PHX | $88 |
| | 1:18 AM – 9:35 AM<br>American | 6h 17m<br>LAX–AUS | 1 stop<br>2h 18m DFW | $108 |
| | 9:20 AM – 5:41 PM<br>American | 6h 21m<br>LAX–AUS | 1 stop<br>2h 21m DFW | $88 |
| | 12:31 PM – 8:54 PM<br>American | 6h 23m<br>LAX–AUS | 1 stop<br>2h 16m DFW | $218 |
| | 6:00 AM – 2:48 PM<br>Delta | 6h 48m<br>LAX–AUS | 1 stop<br>2h 23m SLC | $88 |
| | 11:35 AM – 8:34 PM<br>Delta | 6h 59m<br>LAX–AUS | 1 stop<br>1h 0m MSP | $88 |
| | 7:40 AM – 4:43 PM<br>Delta | 7h 3m<br>LAX–AUS | 1 stop<br>45m ATL | $133 |
| | 8:30 AM – 5:41 PM<br>American | 7h 11m<br>LAX–AUS | 1 stop<br>2h 58m DFW | $156 |
| | 12:18 AM – 9:35 AM<br>American | 7h 17m<br>LAX–AUS | 1 stop<br>3h 19m DFW | $88 |
| | 7:00 AM – 4:25 PM | 7h 25m | 2 stops | $259 |

 

| | | | | |
|---|---|---|---|---|
| American · Operated by Skywest Airlines as ... | LAX–AUS | 3h 41m PHX | | |
| 6:40 AM – 4:43 PM  Delta | 8h 3m  LAX–AUS | 1 stop  1h 51m ATL | $163 | |
| 11:15 PM – 9:23 AM+1  Delta | 8h 8m  LAX–AUS | 1 stop  1h 48m ATL | $208 | |
| 1:18 AM – 11:36 AM  American | 8h 18m  LAX–AUS | 1 stop  4h 18m DFW | $97 | |
| 10:30 AM – 8:54 PM  American | 8h 24m  LAX–AUS | 1 stop  4h 26m DFW | $224 | |
| 10:22 AM – 8:57 PM  United | 8h 35m  LAX–AUS | 1 stop  4h 30m IAH | $267 | |
| 7:00 AM – 5:41 PM  American | 8h 41m  LAX–AUS | 1 stop  4h 26m DFW | $97 | |
| 12:30 AM – 11:12 AM  Uni... · Operated by Mesa Airlines DBA Un... | 8h 42m  LAX–AUS | 1 stop  4h 43m IAH | $222 | |
| 12:30 PM – 11:35 PM  Boutique Air... · Operated by Mesa Airline... | 9h 5m  LAX–AUS | 2 stops  PSP, PHX | $386 | |
| 5:30 AM – 4:43 PM  Delta | 9h 13m  LAX–AUS | 1 stop  2h 52m ATL | $133 | |
| 12:18 AM – 11:36 AM  American | 9h 18m  LAX–AUS | 1 stop  5h 19m DFW | $97 | |
| 6:13 AM – 5:41 PM  American | 9h 28m  LAX–AUS | 2 stops  ORD, DFW | $156 | |
| 9:20 AM – 8:54 PM  American | 9h 34m  LAX–AUS | 1 stop  5h 36m DFW | $97 | |
| 6:06 AM – 5:41 PM  American | 9h 35m  LAX–AUS | 2 stops  PHX, DFW | $108 | |
| 6:06 AM – 5:41 PM  American | 9h 35m  LAX–AUS | 2 stops  PHX, DFW | $128 | |
| 6:06 AM – 5:41 PM  American | 9h 35m  LAX–AUS | 2 stops  PHX, DFW | $156 | |
| 11:58 PM – 11:36 AM+1  American | 9h 38m  LAX–AUS | 2 stops  ORD, DFW | $156 | |
| 6:00 AM – 5:41 PM  American | 9h 41m  LAX–AUS | 1 stop  5h 29m DFW | $97 | |

| | 11:58 PM – 12:10 PM+1 American | 10h 12m LAX–AUS | 1 stop 3h 30m ORD | $88 |
|---|---|---|---|---|
| | 8:20 AM – 8:34 PM Delta | 10h 14m LAX–AUS | 1 stop 4h 14m MSP | $94 |
| | 8:30 AM – 8:54 PM American | 10h 24m LAX–AUS | 1 stop 6h 13m DFW | $212 |
| | 1:18 AM – 1:43 PM American | 10h 25m LAX–AUS | 1 stop 6h 18m DFW | $97 |
| | 12:25 AM – 1:03 PM Delta | 10h 38m LAX–AUS | 1 stop 4h 20m ATL | $139 |
| | 11:05 PM – 11:50 AM+1 Unit… · Operated by Republic Airways DBA… | 10h 45m LAX–AUS | 1 stop 1h 36m EWR | $299 |
| | 8:20 AM – 9:15 PM Unit… · Operated by Skywest DBA United … | 10h 55m LAX–AUS | 2 stops LAS, DEN | $151 |
| | 1:18 AM – 2:15 PM American | 10h 57m LAX–AUS | 2 stops DFW, PHX | $186 |
| | 8:12 AM – 9:15 PM Unit… · Operated by Skywest DBA United … | 11h 3m LAX–AUS | 2 stops PHX, DEN | $410 |
| | 10:30 AM – 11:35 PM Amer… · Operated by Skywest Airlines as … | 11h 5m LAX–AUS | 2 stops SFO, PHX | $137 |
| | 12:18 AM – 1:43 PM American | 11h 25m LAX–AUS | 1 stop 7h 19m DFW | $97 |
| | 11:58 PM – 1:43 PM+1 American | 11h 45m LAX–AUS | 2 stops ORD, DFW | $156 |
| | 11:58 PM – 1:43 PM+1 American | 11h 45m LAX–AUS | 2 stops ORD, DFW | $156 |
| | 7:00 AM – 8:54 PM American | 11h 54m LAX–AUS | 1 stop 7h 41m DFW | $212 |
| | 12:18 AM – 2:15 PM American | 11h 57m LAX–AUS | 2 stops DFW, PHX | $391 |
| | 6:06 AM – 8:54 PM American | 12h 48m LAX–AUS | 2 stops PHX, DFW | $146 |
| | 6:06 AM – 8:54 PM American | 12h 48m LAX–AUS | 2 stops PHX, DFW | $146 |
| | 6:00 AM – 8:54 PM American | 12h 54m LAX–AUS | 1 stop 8h 44m DFW | $146 |

| | | | | |
|---|---|---|---|---|
| 6:00 PM – 9:35 AM[+1]<br>American | 13h 35m<br>LAX–AUS | 1 stop<br>9h 36m DFW | $111 | |
| 1:18 AM – 5:41 PM<br>American | 14h 23m<br>LAX–AUS | 1 stop<br>10h 18m DFW | $186 | |
| 6:45 PM – 11:12 AM[+1]<br>United | 14h 27m<br>LAX–AUS | 1 stop<br>10h 27m IAH | $222 | |
| 5:00 PM – 9:35 AM[+1]<br>American | 14h 35m<br>LAX–AUS | 1 stop<br>10h 39m DFW | $111 | |
| 9:03 PM – 1:43 PM[+1]<br>Amer… · Operated by Skywest Airlines as … | 14h 40m<br>LAX–AUS | 2 stops<br>SFO, DFW | $172 | |
| 9:03 PM – 2:15 PM[+1]<br>Amer… · Operated by Skywest Airlines as … | 15h 12m<br>LAX–AUS | 2 stops<br>SFO, PHX | $137 | |
| 7:55 PM – 1:10 PM[+1]<br>Alaska | 15h 15m<br>LAX–AUS | 1 stop<br>8h 27m SEA | $267 | |
| 12:18 AM – 5:41 PM<br>American | 15h 23m<br>LAX–AUS | 1 stop<br>11h 19m DFW | $131 | |
| 6:00 PM – 11:36 AM[+1]<br>American | 15h 36m<br>LAX–AUS | 1 stop<br>11h 36m DFW | $111 | |
| 11:58 PM – 5:41 PM[+1]<br>American | 15h 43m<br>LAX–AUS | 2 stops<br>ORD, DFW | $162 | |
| 11:58 PM – 5:41 PM[+1]<br>American | 15h 43m<br>LAX–AUS | 2 stops<br>ORD, DFW | $186 | |
| 11:58 PM – 5:41 PM[+1]<br>American | 15h 43m<br>LAX–AUS | 2 stops<br>ORD, DFW | $201 | |
| 11:58 PM – 5:41 PM[+1]<br>American | 15h 43m<br>LAX–AUS | 2 stops<br>ORD, DFW | $206 | |
| 8:40 PM – 2:30 PM[+1]<br>A… · Operated by Skywest Airlines as Ala… | 15h 50m<br>LAX–AUS | 1 stop<br>11h 3m SFO | $172 | |
| 3:30 PM – 9:35 AM[+1]<br>American | 16h 5m<br>LAX–AUS | 2 stops<br>PHX, DFW | $111 | |
| 7:00 PM – 1:05 PM[+1]<br>Unit… · Operated by Skywest DBA United … | 16h 5m<br>LAX–AUS | 2 stops<br>PHX, DEN | $152 | |
| 6:45 PM – 1:05 PM[+1]<br>United | 16h 20m<br>LAX–AUS | 1 stop<br>12h 6m DEN | $197 | |
| 5:00 PM – 11:36 AM[+1]<br>American | 16h 36m<br>LAX–AUS | 1 stop<br>12h 39m DFW | $111 | |

 Flights



Google

| | | | | | |
|---|---|---|---|---|---|
| | 5:05 PM – 12:17 PM +1<br>United · Operated by Republic Airways DBA… | 17h 12m<br>LAX–AUS | 1 stop<br>10h 20m ORD | $186 | |
| | 7:00 PM – 2:16 PM +1<br>United | 17h 16m<br>LAX–AUS | 1 stop<br>12h 31m SFO | $172 | |
| | 6:00 PM – 1:43 PM +1<br>American | 17h 43m<br>LAX–AUS | 1 stop<br>13h 36m DFW | $111 | |
| | 3:30 PM – 11:36 AM +1<br>American | 18h 6m<br>LAX–AUS | 2 stops<br>PHX, DFW | $111 | |
| | 3:30 PM – 11:50 AM +1<br>United · Operated by Republic Airways DBA… | 18h 20m<br>LAX–AUS | 1 stop<br>8h 47m EWR | $145 | |
| | 7:00 PM – 3:35 PM +1<br>United · Operated by Skywest DBA United… | 18h 35m<br>LAX–AUS | 2 stops<br>PHX, IAH | $493 | |
| | 7:00 PM – 3:35 PM +1<br>United · Operated by Skywest DBA United… | 18h 35m<br>LAX–AUS | 2 stops<br>PHX, IAH | $493 | |
| | 12:18 AM – 8:54 PM<br>American | 18h 36m<br>LAX–AUS | 1 stop<br>14h 34m DFW | $146 | |
| | 9:03 PM – 5:41 PM +1<br>American · Operated by Skywest Airlines as … | 18h 38m<br>LAX–AUS | 2 stops<br>SFO, DFW | $137 | |
| | 5:00 PM – 1:43 PM +1<br>American | 18h 43m<br>LAX–AUS | 1 stop<br>14h 39m DFW | $111 | |
| | 11:58 PM – 8:54 PM +1<br>American | 18h 56m<br>LAX–AUS | 2 stops<br>ORD, DFW | $201 | |
| | 11:58 PM – 8:54 PM +1<br>American | 18h 56m<br>LAX–AUS | 2 stops<br>ORD, DFW | $221 | |
| | 4:45 PM – 1:43 PM +1<br>American | 18h 58m<br>LAX–AUS | 2 stops<br>PHX, DFW | $488 | |
| | 2:30 PM – 11:36 AM +1<br>American | 19h 6m<br>LAX–AUS | 1 stop<br>14h 59m DFW | $127 | |
| | 7:35 PM – 4:46 PM +1<br>A… · Operated by Skywest Airlines as Ala… | 19h 11m<br>LAX–AUS | 1 stop<br>14h 26m SJC | $227 | |
| | 5:10 PM – 2:30 PM +1<br>A… · Operated by Skywest Airlines as Ala… | 19h 20m<br>LAX–AUS | 1 stop<br>14h 33m SFO | $172 | |
| | 4:45 PM – 2:15 PM +1<br>American | 19h 30m<br>LAX–AUS | 1 stop<br>15h 40m PHX | $152 | |
| | 10:35 PM – 8:20 PM +1 | 19h 45m | 1 stop | $217 | |

| | | | | | |
|---|---|---|---|---|---|
| American | | LAX–AUS | ORD, DFW | | |
| American | 3:30 PM – 1:43 PM +1 | 20h 13m LAX–AUS | 2 stops PHX, DFW | $111 | |
| American | 10:28 PM – 8:41 PM +1 | 20h 13m LAX–AUS | 1 stop 12h 20m MIA | $309 | |
| United · Operated by Republic Airways DBA… | 1:15 PM – 11:50 AM +1 | 20h 35m LAX–AUS | 1 stop 11h 2m EWR | $145 | |
| Amer… · Operated by Skywest Airlines as … | 3:13 PM – 2:15 PM +1 | 21h 2m LAX–AUS | 2 stops SFO, PHX | $137 | |
| American | 2:30 PM – 1:43 PM +1 | 21h 13m LAX–AUS | 1 stop 16h 59m DFW | $127 | |
| American | 12:18 AM – 11:35 PM | 21h 17m LAX–AUS | 2 stops DFW, PHX | $182 | |
| American | 12:18 AM – 11:35 PM | 21h 17m LAX–AUS | 2 stops DFW, PHX | $387 | |
| United | 7:00 PM – 6:36 PM +1 | 21h 36m LAX–AUS | 1 stop 16h 51m SFO | $172 | |
| American | 6:00 PM – 5:41 PM +1 | 21h 41m LAX–AUS | 1 stop 17h 36m DFW | $146 | |
| American | 11:45 AM – 11:36 AM +1 | 21h 51m LAX–AUS | 2 stops ORD, DFW | $111 | |
| American | 9:20 AM – 9:35 AM +1 | 22h 15m LAX–AUS | 1 stop 18h 21m DFW | $97 | |
| American | 5:00 PM – 5:41 PM +1 | 22h 41m LAX–AUS | 1 stop 18h 39m DFW | $146 | |
| American | 4:45 PM – 5:41 PM +1 | 22h 56m LAX–AUS | 2 stops PHX, DFW | $152 | |
| American | 4:45 PM – 5:41 PM +1 | 22h 56m LAX–AUS | 2 stops PHX, DFW | $152 | |
| American | 8:30 AM – 9:35 AM +1 | 23h 5m LAX–AUS | 1 stop 18h 58m DFW | $668 | |
| A… · Operated by Skywest Airlines as Ala… | 1:00 PM – 2:30 PM +1 | 23h 30m LAX–AUS | 1 stop 18h 43m SFO | $172 | |
| Unit… · Operated by Skywest DBA United … | 7:00 PM – 8:57 PM +1 | 23h 57m LAX–AUS | 2 stops PHX, IAH | $152 | |

| | 6:50 PM – 8:57 PM +1<br>Unit… · Operated by Skywest DBA United … | 24h 7m<br>LAX–AUS | 2 stops<br>SLC, IAH | $172 |
|---|---|---|---|---|
| | 3:30 PM – 5:41 PM +1<br>American | 24h 11m<br>LAX–AUS | 2 stops<br>PHX, DFW | $146 |
| | 3:30 PM – 5:41 PM +1<br>American | 24h 11m<br>LAX–AUS | 2 stops<br>PHX, DFW | $152 |
| | 3:30 PM – 5:41 PM +1<br>American | 24h 11m<br>LAX–AUS | 2 stops<br>PHX, DFW | $152 |
| | 6:45 PM – 8:57 PM +1<br>United | 24h 12m<br>LAX–AUS | 1 stop<br>20h 10m IAH | $222 |
| | 7:00 PM – 9:15 PM +1<br>Unit… · Operated by Skywest DBA United … | 24h 15m<br>LAX–AUS | 2 stops<br>PHX, DEN | $152 |
| | 7:00 PM – 9:15 PM +1<br>United | 24h 15m<br>LAX–AUS | 2 stops<br>SFO, DEN | $172 |
| | 9:20 AM – 11:36 AM +1<br>American | 24h 16m<br>LAX–AUS | 1 stop<br>20h 21m DFW | $97 |
| | 6:50 PM – 9:15 PM +1<br>Unit… · Operated by Skywest DBA United … | 24h 25m<br>LAX–AUS | 2 stops<br>SLC, DEN | $172 |
| | 3:13 PM – 5:41 PM +1<br>Amer… · Operated by Skywest Airlines as … | 24h 28m<br>LAX–AUS | 2 stops<br>SFO, DFW | $137 |
| | 6:45 PM – 9:15 PM +1<br>United | 24h 30m<br>LAX–AUS | 1 stop<br>20h 16m DEN | $197 |
| | 9:03 PM – 11:35 PM +1<br>Amer… · Operated by Skywest Airlines as … | 24h 32m<br>LAX–AUS | 2 stops<br>SFO, PHX | $137 |
| | 4:00 PM – 6:36 PM +1<br>United | 24h 36m<br>LAX–AUS | 1 stop<br>19h 45m SFO | $172 |
| | 9:00 AM – 11:50 AM +1<br>Uni… · Operated by Republic Airways DBA… | 24h 50m<br>LAX–AUS | 1 stop<br>15h 20m EWR | $145 |
| | 6:00 PM – 8:54 PM +1<br>American | 24h 54m<br>LAX–AUS | 1 stop<br>20h 51m DFW | $166 |
| | 2:30 PM – 5:41 PM +1<br>American | 25h 11m<br>LAX–AUS | 1 stop<br>20h 59m DFW | $162 |
| | 6:06 AM – 9:35 AM +1<br>American | 25h 29m<br>LAX–AUS | 2 stops<br>PHX, DFW | $111 |

Google

| | 6:00 AM – 9:35 AM +1  American | 25h 35m LAX–AUS | 1 stop 21h 29m DFW | $111 |
|---|---|---|---|---|
| | 5:00 PM – 8:54 PM +1  American | 25h 54m LAX–AUS | 1 stop 21h 54m DFW | $166 |
| | 10:35 AM – 2:30 PM +1  A… · Operated by Skywest Airlines as Ala… | 25h 55m LAX–AUS | 1 stop 21h 8m SFO | $172 |
| | 5:05 PM – 9:26 PM +1  United | 26h 21m LAX–AUS | 1 stop 19h 35m ORD | $186 |
| | 9:20 AM – 1:43 PM +1  American | 26h 23m LAX–AUS | 1 stop 22h 21m DFW | $97 |
| | 8:30 AM – 1:43 PM +1  American | 27h 13m LAX–AUS | 1 stop 22h 58m DFW | $567 |
| | 6:00 AM – 11:36 AM +1  American | 27h 36m LAX–AUS | 1 stop 23h 29m DFW | $111 |
| | 6:13 AM – 12:10 PM +1  American | 27h 57m LAX–AUS | 1 stop 21h 10m ORD | $595 |
| | 2:30 PM – 8:54 PM +1  American | 28h 24m LAX–AUS | 1 stop 24h 14m DFW | $182 |
| | 7:00 AM – 1:43 PM +1  American | 28h 43m LAX–AUS | 1 stop 24h 26m DFW | $127 |
| | 7:45 AM – 1:42 PM +2  Separate tickets booked together · Frontier | 51h 57m LAX–AUS | 3 stops MCO, CLE, LAS | $166 |

Hide 144 flights

## Hotels in Austin ⓘ

Nightly prices for 1 guest Dec 15–Dec 17

Search for hotels ↗

 $131 | JW Marriott Austin  4.6   (5504)

 $95 | Omni Austin Hotel Downtown  4.3   (3204)

$135 | Fairmont Austin  4.5   (3088)

## Explore more destinations from Los Angeles



Flights

Google

Language · English
Country · United States
Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**





Google

One way 1 passenger Economy

Los Angeles LAX | Waco ACT | Tue, Dec 15

Bags | Stops | Airlines | Price | Times | Connecting airports | More

Track prices | Date grid | Price graph | Nearby airports

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently low — $72 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Airline | Duration | Route | Stops | Stop details | Price |
|---|---|---|---|---|---|---|
| 10:30 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 5h 32m | LAX–ACT | 1 stop | 1h 46m DFW | $193 |
| 9:20 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 6h 42m | LAX–ACT | 1 stop | 2h 56m DFW | $133 |
| 9:00 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 7h 2m | LAX–ACT | 2 stops | LAS, DFW | $473 |
| 8:44 AM – 6:02 PM | Am... · Operated by Skywest Airlines as Americ... | 7h 18m | LAX–ACT | 2 stops | DEN, DFW | $302 |
| 8:30 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 7h 32m | LAX–ACT | 1 stop | 3h 33m DFW | $153 |
| 1:18 AM – 11:21 AM | Americ... · Operated by Envoy Air as American E... | 8h 3m | LAX–ACT | 1 stop | 4h 18m DFW | $139 |
| 7:15 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 8h 47m | LAX–ACT | 2 stops | PHX, DFW | $319 |
| 7:15 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 8h 47m | LAX–ACT | 2 stops | PHX, DFW | $410 |
| 7:00 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 9h 2m | LAX–ACT | 1 stop | 5h 1m DFW | $139 |
| 12:18 AM – 11:21 AM | Americ... · Operated by Envoy Air as American E... | 9h 3m | LAX–ACT | 1 stop | 5h 19m DFW | $139 |
| 11:58 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 9h 23m | LAX–ACT | 2 stops | ORD, DFW | $225 |
| 6:13 AM – 6:02 PM | Americ... · Operated by Envoy Air as American E... | 9h 49m | LAX–ACT | 2 stops | ORD, DFW | $225 |

| Flight | Time | Duration | Stops | Route | Price |
|---|---|---|---|---|---|
| American · Operated by Envoy Air as American E… | 6:06 AM – 6:02 PM | 9h 56m | 2 stops | LAX–ACT PHX, DFW | $133 |
| American · Operated by Envoy Air as American E… | 6:06 AM – 6:02 PM | 9h 56m | 2 stops | LAX–ACT PHX, DFW | $139 |
| American · Operated by Envoy Air as American E… | 6:06 AM – 6:02 PM | 9h 56m | 3 stops | LAX–ACT PHX, SAT, DFW | $201 |
| A… · Operated by Skywest Airlines as America… | 6:06 AM – 6:02 PM | 9h 56m | 3 stops | LAX–ACT PHX, ABQ, DFW | $240 |
| Am… · Operated by Mesa Airlines as American … | 6:06 AM – 6:02 PM | 9h 56m | 3 stops | LAX–ACT PHX, PSP, DFW | $267 |
| American · Operated by Envoy Air as American E… | 6:00 AM – 6:02 PM | 10h 2m | 1 stop | LAX–ACT 6h 4m DFW | $139 |
| American · Operated by Envoy Air as American E… | 10:28 PM – 11:21 AM+1 | 10h 53m | 2 stops | LAX–ACT MIA, DFW | $389 |
| Am… · Operated by Skywest Airlines as America… | 7:30 PM – 11:21 AM+1 | 13h 51m | 2 stops | LAX–ACT DEN, DFW | $296 |
| American · Operated by Envoy Air as American E… | 1:18 AM – 6:02 PM | 14h 44m | 1 stop | LAX–ACT 10h 53m DFW | $229 |
| American · Operated by Envoy Air as American E… | 6:32 PM – 11:21 AM+1 | 14h 49m | 2 stops | LAX–ACT LAS, DFW | $182 |
| American · Operated by Envoy Air as American E… | 6:00 PM – 11:21 AM+1 | 15h 21m | 1 stop | LAX–ACT 11h 36m DFW | $159 |
| American · Operated by Envoy Air as American E… | 12:18 AM – 6:02 PM | 15h 44m | 1 stop | LAX–ACT 11h 54m DFW | $159 |
| American · Operated by Envoy Air as American E… | 12:10 AM – 6:02 PM | 15h 52m | 2 stops | LAX–ACT MIA, DFW | $313 |
| American · Operated by Envoy Air as American E… | 12:10 AM – 6:02 PM | 15h 52m | 2 stops | LAX–ACT MIA, DFW | $319 |
| American · Operated by Envoy Air as American E… | 12:10 AM – 6:02 PM | 15h 52m | 2 stops | LAX–ACT CLT, DFW | $347 |
| American · Operated by Envoy Air as American E… | 12:10 AM – 6:02 PM | 15h 52m | 2 stops | LAX–ACT CLT, DFW | $413 |
| American · Operated by Envoy Air as American E… | 12:10 AM – 6:02 PM | 15h 52m | 2 stops | LAX–ACT MIA, DFW | $739 |
| American · Operated by Envoy Air as American E… | 11:58 PM – 6:02 PM+1 | 16h 4m | 2 stops | LAX–ACT ORD, DFW | $203 |
| American · Operated by Envoy Air as American E… | 11:58 PM – 6:02 PM+1 | 16h 4m | 2 stops | LAX–ACT ORD, DFW | $203 |
| | 11:58 PM – 6:02 PM+1 | 16h 4m | 2 stops | | $211 |



Google

| Times | Airline | Duration / Route | Stops | Price |
|---|---|---|---|---|
| | Americ... · Operated by Envoy Air as American E... | LAX–ACT | ORD, DFW | |
| 5:00 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 16h 21m LAX–ACT | 1 stop 12h 39m DFW | $159 |
| 4:45 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 16h 36m LAX–ACT | 2 stops PHX, DFW | $159 |
| 11:13 PM – 6:02 PM+1 | Americ... · Operated by Envoy Air as American E... | 16h 49m LAX–ACT | 2 stops PHL, DFW | $210 |
| 3:30 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 17h 51m LAX–ACT | 2 stops PHX, DFW | $139 |
| 3:30 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 17h 51m LAX–ACT | 2 stops PHX, DFW | $159 |
| 2:41 PM – 11:21 AM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 40m LAX–ACT | 2 stops DEN, DFW | $296 |
| 2:30 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 18h 51m LAX–ACT | 1 stop 14h 59m DFW | $179 |
| 9:03 PM – 6:02 PM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 59m LAX–ACT | 2 stops SFO, DFW | $177 |
| 9:03 PM – 6:02 PM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 59m LAX–ACT | 2 stops SFO, DFW | $177 |
| 9:03 PM – 6:02 PM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 59m LAX–ACT | 2 stops SFO, DFW | $177 |
| 9:03 PM – 6:02 PM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 59m LAX–ACT | 3 stops SFO, PHX, DFW | $177 |
| 9:03 PM – 6:02 PM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 59m LAX–ACT | 3 stops SFO, PHX, DFW | $177 |
| 9:03 PM – 6:02 PM+1 | Am... · Operated by Skywest Airlines as Americ... | 18h 59m LAX–ACT | 2 stops SFO, DFW | $182 |
| 2:00 PM – 11:21 AM+1 | Am... · Operated by Skywest Airlines as Americ... | 19h 21m LAX–ACT | 2 stops PHX, DFW | $229 |
| 2:00 PM – 11:21 AM+1 | Am... · Operated by Skywest Airlines as Americ... | 19h 21m LAX–ACT | 2 stops PHX, DFW | $240 |
| 12:31 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 20h 50m LAX–ACT | 1 stop 17h 1m DFW | $281 |
| 12:00 PM – 11:21 AM+1 | Americ... · Operated by Envoy Air as American E... | 21h 21m LAX–ACT | 2 stops LAS, DFW | $212 |
| 6:32 PM – 6:02 PM+1 | Americ... · Operated by Envoy Air as American E... | 21h 30m LAX–ACT | 2 stops LAS, DFW | $182 |
| 6:32 PM – 6:02 PM+1 | Americ... · Operated by Envoy Air as American E... | 21h 30m LAX–ACT | 3 stops LAS, PHX, DFW | $182 |

| | | | | | |
|---|---|---|---|---|---|
| | 6:32 PM – 6:02 PM Americ… · Operated by Envoy Air as American E… | 21h 30m LAX–ACT | 2 stops LAS, DFW | $187 | |
| | 6:32 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 21h 30m LAX–ACT | 2 stops LAS, DFW | $187 | |
| | 6:32 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 21h 30m LAX–ACT | 2 stops LAS, DFW | $187 | |
| | 11:45 AM – 11:21 AM+1 Americ… · Operated by Envoy Air as American E… | 21h 36m LAX–ACT | 2 stops ORD, DFW | $203 | |
| | 11:45 AM – 11:21 AM+1 Americ… · Operated by Envoy Air as American E… | 21h 36m LAX–ACT | 2 stops ORD, DFW | $211 | |
| | 6:00 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 22h 2m LAX–ACT | 1 stop 18h 11m DFW | $203 | |
| | 10:30 AM – 11:21 AM+1 Am… · Operated by Skywest Airlines as Americ… | 22h 51m LAX–ACT | 3 stops SFO, PHX, DFW | $192 | |
| | 10:30 AM – 11:21 AM+1 Americ… · Operated by Envoy Air as American E… | 22h 51m LAX–ACT | 1 stop 19h 11m DFW | $281 | |
| | 5:00 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 23h 2m LAX–ACT | 1 stop 19h 14m DFW | $203 | |
| | 4:45 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | 2 stops PHX, DFW | $159 | |
| | 4:45 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | 2 stops PHX, DFW | $159 | |
| | 4:45 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | 2 stops PHX, DFW | $164 | |
| | 4:45 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | 2 stops PHX, DFW | $164 | |
| | 4:45 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 23h 17m LAX–ACT | 2 stops PHX, DFW | $164 | |
| | 9:20 AM – 11:21 AM+1 Americ… · Operated by Envoy Air as American E… | 24h 1m LAX–ACT | 1 stop 20h 21m DFW | $189 | |
| | 9:00 AM – 11:21 AM+1 Americ… · Operated by Envoy Air as American E… | 24h 21m LAX–ACT | 2 stops LAS, DFW | $182 | |
| | 3:30 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | 2 stops PHX, DFW | $139 | |
| | 3:30 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | 2 stops PHX, DFW | $144 | |
| | 3:30 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | 2 stops PHX, DFW | $144 | |
| | 3:30 PM – 6:02 PM+1 Americ… · Operated by Envoy Air as American E… | 24h 32m LAX–ACT | 2 stops PHX, DFW | $144 | |

 

| | Time | Airline | Duration | Route | Stops | Details | Price |
|---|---|---|---|---|---|---|---|
| | 3:30 PM – 6:02 PM +1 | American · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $177 |
| | 3:30 PM – 6:02 PM +1 | American · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $177 |
| | 3:30 PM – 6:02 PM +1 | American · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $177 |
| | 3:30 PM – 6:02 PM +1 | American · Operated by Envoy Air as American E… | 24h 32m | LAX–ACT | 3 stops | PHX, SFO, DFW | $182 |
| | 3:13 PM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 3:13 PM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 3:13 PM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 3:13 PM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 3 stops | SFO, PHX, DFW | $177 |
| | 3:13 PM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 3 stops | SFO, PHX, DFW | $177 |
| | 3:13 PM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 24h 49m | LAX–ACT | 2 stops | SFO, DFW | $182 |
| | 8:30 AM – 11:21 AM +1 | American · Operated by Envoy Air as American E… | 24h 51m | LAX–ACT | 1 stop | 20h 58m DFW | $258 |
| | 2:30 PM – 6:02 PM +1 | American · Operated by Envoy Air as American E… | 25h 32m | LAX–ACT | 1 stop | 21h 34m DFW | $219 |
| | 7:00 AM – 11:21 AM +1 | American · Operated by Envoy Air as American E… | 26h 21m | LAX–ACT | 1 stop | 22h 26m DFW | $219 |
| | 6:06 AM – 11:21 AM +1 | American · Operated by Envoy Air as American E… | 27h 15m | LAX–ACT | 2 stops | PHX, DFW | $144 |
| | 6:06 AM – 11:21 AM +1 | American · Operated by Envoy Air as American E… | 27h 15m | LAX–ACT | 2 stops | PHX, DFW | $144 |
| | 6:06 AM – 11:21 AM +1 | American · Operated by Envoy Air as American E… | 27h 15m | LAX–ACT | 2 stops | PHX, DFW | $172 |
| | 6:00 AM – 11:21 AM +1 | American · Operated by Envoy Air as American E… | 27h 21m | LAX–ACT | 1 stop | 23h 29m DFW | $203 |
| | 12:31 PM – 6:02 PM +1 | American · Operated by Envoy Air as American E… | 27h 31m | LAX–ACT | 1 stop | 23h 36m DFW | $281 |
| | 10:30 AM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 29h 32m | LAX–ACT | 2 stops | SFO, DFW | $177 |
| | 10:30 AM – 6:02 PM +1 | Am… · Operated by Skywest Airlines as Americ… | 29h 32m | LAX–ACT | 2 stops | SFO, DFW | $177 |



## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 15–Dec 17

Search for hotels ↗

 Hilton Waco — $95 — 4.4 (912)

 Hotel Indigo Waco - Baylor — $98 — 4.5 (773)

 Holiday Inn Express & Suites Waco South — $89 — 4.4 (535)

## Explore more destinations from Los Angeles



Google Flights

Language · English | Country · United States | Currency · USD

Find the cheapest and best flight for you.

About Google   Privacy & Terms   Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more.