

# EXHIBIT 19



 Google

One way 1 passenger Economy

Kailua-Kona KOA | Austin AUS | Tue, Dec 15

Bags | Stops | Airlines | Price | Times | Connecting airports | More

Track prices | Date grid | Price graph | Nearby airports

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently low — $100 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Duration | Stops | Price |
|---|---|---|---|
| 10:30 PM – 1:05 PM+1<br>United | 10h 35m<br>KOA–AUS | 1 stop<br>2h 1m DEN | $228 |
| 10:35 PM – 1:10 PM+1<br>Alaska | 10h 35m<br>KOA–AUS | 1 stop<br>40m SEA | $362 |
| 11:30 PM – 2:16 PM+1<br>United | 10h 46m<br>KOA–AUS | 1 stop<br>2h 21m SFO | $228 |
| 11:18 PM – 2:15 PM+1<br>American | 10h 57m<br>KOA–AUS | 1 stop<br>2h 45m PHX | $183 |
| 11:30 PM – 2:30 PM+1<br>United, ... · Operated by Skywest Airlines ... | 11h 0m<br>KOA–AUS | 1 stop<br>2h 26m SFO | $472 |
| 10:50 PM – 2:23 PM+1<br>Delta | 11h 33m<br>KOA–AUS | 1 stop<br>3h 40m LAX | $329 |
| 10:50 PM – 2:48 PM+1<br>Delta | 11h 58m<br>KOA–AUS | 2 stops<br>LAX, SLC | $479 |
| 11:30 PM – 3:35 PM+1<br>United | 12h 5m<br>KOA–AUS | 2 stops<br>SFO, IAH | $321 |
| 10:50 PM – 2:55 PM+1<br>Delta, U... · Operated by Skywest DBA Uni... | 12h 5m<br>KOA–AUS | 1 stop<br>4h 5m LAX | $612 |
| 7:00 PM – 11:36 AM+1<br>Hawaiian, American | 12h 36m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 |

Google 

| | | | | | |
|---|---|---|---|---|---|
| 11:30 PM – 4:25 PM[+1]<br>Unit... · Operated by Skywest Airlines as ... | 12h 55m<br>KOA–AUS | 2 stops<br>SFO, SAN | | $515 | v |
| 10:30 PM – 3:35 PM[+1]<br>United | 13h 5m<br>KOA–AUS | 2 stops<br>DEN, IAH | | $228 | v |
| 8:20 PM – 2:15 PM[+1]<br>Hawaiian, American | 13h 55m<br>KOA–AUS | 2 stops<br>HNL, PHX | | $377 | v |
| 5:20 PM – 11:36 AM[+1]<br>Hawaiian, American | 14h 16m<br>KOA–AUS | 2 stops<br>HNL, DFW | | $333 | v |
| 11:18 PM – 5:41 PM[+1]<br>American | 14h 23m<br>KOA–AUS | 2 stops<br>PHX, DFW | | $266 | v |
| 11:18 PM – 5:41 PM[+1]<br>American | 14h 23m<br>KOA–AUS | 2 stops<br>PHX, DFW | | $266 | v |
| 11:18 PM – 5:41 PM[+1]<br>American | 14h 23m<br>KOA–AUS | 2 stops<br>PHX, DFW | | $266 | v |
| 11:18 PM – 5:41 PM[+1]<br>American | 14h 23m<br>KOA–AUS | 3 stops<br>PHX, LAS, DFW | | $350 | v |
| 8:20 PM – 2:55 PM[+1]<br>Hawaiian, ... · Operated by Skywest DBA ... | 14h 35m<br>KOA–AUS | 2 stops<br>HNL, LAX | | $602 | v |
| 7:00 PM – 1:43 PM[+1]<br>Hawaiian, American | 14h 43m<br>KOA–AUS | 2 stops<br>HNL, DFW | | $377 | v |
| 11:30 PM – 6:36 PM[+1]<br>United | 15h 6m<br>KOA–AUS | 1 stop<br>6h 41m SFO | | $211 | v |
| 4:30 PM – 11:36 AM[+1]<br>Hawaiian, American | 15h 6m<br>KOA–AUS | 2 stops<br>HNL, DFW | | $377 | v |
| 7:00 PM – 2:15 PM[+1]<br>Hawaiian, American | 15h 15m<br>KOA–AUS | 2 stops<br>HNL, PHX | | $377 | v |
| 1:53 PM – 9:35 AM[+1]<br>Hawaiian, American | 15h 42m<br>KOA–AUS | 2 stops<br>OGG, DFW | | $306 | v |
| 5:20 PM – 1:05 PM[+1]<br>Hawaiian, United | 15h 45m<br>KOA–AUS | 2 stops<br>HNL, DEN | | $388 | v |
| 6:12 PM – 2:15 PM[+1]<br>Hawaiian, American | 16h 3m<br>KOA–AUS | 2 stops<br>LIH, PHX | | $338 | v |
| 5:20 PM – 1:43 PM[+1]<br>Hawaiian, American | 16h 23m<br>KOA–AUS | 2 stops<br>HNL, DFW | | $333 | v |
| 3:05 PM – 11:36 AM[+1]<br>Hawaiian, American | 16h 31m<br>KOA–AUS | 2 stops<br>HNL, DFW | | $377 | v |

 Google



| | 5:20 PM – 2:15 PM[+1]<br>Hawaiian, American | 16h 55m<br>KOA–AUS | 2 stops<br>HNL, PHX | $377 | ∨ |
|---|---|---|---|---|---|
| | 5:20 PM – 2:16 PM[+1]<br>Hawaiian, United | 16h 56m<br>KOA–AUS | 2 stops<br>HNL, SFO | $388 | ∨ |
| | 3:05 PM – 12:10 PM[+1]<br>Hawaiian, American | 17h 5m<br>KOA–AUS | 2 stops<br>HNL, ORD | $377 | ∨ |
| | 4:30 PM – 1:43 PM[+1]<br>Hawaiian, American | 17h 13m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ∨ |
| | 11:30 PM – 8:57 PM[+1]<br>United | 17h 27m<br>KOA–AUS | 2 stops<br>SFO, IAH | $211 | ∨ |
| | 11:30 PM – 8:57 PM[+1]<br>United | 17h 27m<br>KOA–AUS | 2 stops<br>SFO, IAH | $294 | ∨ |
| | 5:20 PM – 2:55 PM[+1]<br>Hawaiian, …  · Operated by Skywest DBA … | 17h 35m<br>KOA–AUS | 2 stops<br>HNL, LAX | $388 | ∨ |
| | 11:18 PM – 8:54 PM[+1]<br>American | 17h 36m<br>KOA–AUS | 2 stops<br>PHX, DFW | $246 | ∨ |
| | 11:18 PM – 8:54 PM[+1]<br>American | 17h 36m<br>KOA–AUS | 2 stops<br>PHX, DFW | $446 | ∨ |
| | 11:18 PM – 8:54 PM[+1]<br>American | 17h 36m<br>KOA–AUS | 2 stops<br>PHX, DFW | $446 | ∨ |
| | 11:18 PM – 8:54 PM[+1]<br>American | 17h 36m<br>KOA–AUS | 2 stops<br>PHX, DFW | $446 | ∨ |
| | 1:53 PM – 11:36 AM[+1]<br>Hawaiian, American | 17h 43m<br>KOA–AUS | 2 stops<br>OGG, DFW | $306 | ∨ |
| | 10:50 PM – 8:34 PM[+1]<br>Delta | 17h 44m<br>KOA–AUS | 2 stops<br>LAX, ATL | $307 | ∨ |
| | 10:50 PM – 8:34 PM[+1]<br>Delta | 17h 44m<br>KOA–AUS | 2 stops<br>LAX, MSP | $307 | ∨ |
| | 10:50 PM – 8:34 PM[+1]<br>Delta | 17h 44m<br>KOA–AUS | 2 stops<br>LAX, ATL | $307 | ∨ |
| | 10:50 PM – 8:34 PM[+1]<br>Delta | 17h 44m<br>KOA–AUS | 2 stops<br>LAX, MSP | $361 | ∨ |
| | 11:30 PM – 9:15 PM[+1]<br>United | 17h 45m<br>KOA–AUS | 2 stops<br>SFO, DEN | $211 | ∨ |
| | 11:30 PM – 9:15 PM[+1] | 17h 45m | 2 stops | $246 | ∨ |

 ☰  Google                                                          

| | | | | | |
|---|---|---|---|---|---|
| United ··· | Operated by Skywest DBA United ··· | KOA–AUS | SFO, SMF, DEN | | |
| 11:30 PM – 9:15 PM[+1]<br>United | 17h 45m<br>KOA–AUS | 2 stops<br>SFO, DEN | $294 | ⌄ |
| 4:30 PM – 2:15 PM[+1]<br>Hawaiian, American | 17h 45m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | ⌄ |
| 4:30 PM – 2:15 PM[+1]<br>Hawaiian, American | 17h 45m<br>KOA–AUS | 2 stops<br>HNL, PHX | $377 | ⌄ |
| 10:50 PM – 9:15 PM[+1]<br>Delta | 18h 25m<br>KOA–AUS | 2 stops<br>LAX, SLC | $335 | ⌄ |
| 10:30 PM – 8:57 PM[+1]<br>United | 18h 27m<br>KOA–AUS | 2 stops<br>DEN, IAH | $294 | ⌄ |
| 10:30 PM – 8:57 PM[+1]<br>United | 18h 27m<br>KOA–AUS | 2 stops<br>DEN, IAH | $294 | ⌄ |
| 1:07 PM – 11:36 AM[+1]<br>Hawaiian, American | 18h 29m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ⌄ |
| 3:05 PM – 1:43 PM[+1]<br>Hawaiian, American | 18h 38m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ⌄ |
| 7:00 PM – 5:41 PM[+1]<br>Hawaiian, American | 18h 41m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ⌄ |
| 10:30 PM – 9:15 PM[+1]<br>United | 18h 45m<br>KOA–AUS | 1 stop<br>10h 11m DEN | $288 | ⌄ |
| 10:45 AM – 9:35 AM[+1]<br>Hawaiian, American | 18h 50m<br>KOA–AUS | 2 stops<br>OGG, DFW | $306 | ⌄ |
| 1:07 PM – 12:10 PM[+1]<br>Hawaiian, American | 19h 3m<br>KOA–AUS | 2 stops<br>HNL, ORD | $377 | ⌄ |
| 3:05 PM – 2:15 PM[+1]<br>Hawaiian, American | 19h 10m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | ⌄ |
| 3:05 PM – 2:15 PM[+1]<br>Hawaiian, American | 19h 10m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | ⌄ |
| 3:05 PM – 2:15 PM[+1]<br>Hawaiian, American | 19h 10m<br>KOA–AUS | 2 stops<br>HNL, PHX | $377 | ⌄ |
| 12:20 PM – 11:36 AM[+1]<br>Hawaiian, American | 19h 16m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ⌄ |
| 1:53 PM – 1:10 PM[+1]<br>Hawaiian, Alaska | 19h 17m<br>KOA–AUS | 2 stops<br>OGG, SEA | $490 | ⌄ |

 Google   A

| | | | | |
|---|---|---|---|---|
| Hawaiian, American | KOA–AUS | HNL, DFW | $377 | v |
| 11:18 PM – 11:35 PM+1<br>American | 20h 17m<br>KOA–AUS | 1 stop<br>12h 2m PHX | $252 | v |
| 5:20 PM – 5:41 PM+1<br>Hawaiian, American | 20h 21m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | v |
| 1:53 PM – 2:15 PM+1<br>Hawaiian, American | 20h 22m<br>KOA–AUS | 3 stops<br>OGG, LIH, PHX | $357 | v |
| 11:25 AM – 12:10 PM+1<br>Hawaiian, American | 20h 45m<br>KOA–AUS | 2 stops<br>HNL, ORD | $377 | v |
| 10:45 AM – 11:36 AM+1<br>Hawaiian, American | 20h 51m<br>KOA–AUS | 2 stops<br>OGG, DFW | $306 | v |
| 1:07 PM – 2:15 PM+1<br>Hawaiian, American | 21h 8m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |
| 1:07 PM – 2:15 PM+1<br>Hawaiian, American | 21h 8m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |
| 1:07 PM – 2:15 PM+1<br>Hawaiian, American | 21h 8m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |
| 1:07 PM – 2:16 PM+1<br>Hawaiian, United | 21h 9m<br>KOA–AUS | 2 stops<br>HNL, SFO | $888 | v |
| 5:20 PM – 6:36 PM+1<br>Hawaiian, United | 21h 16m<br>KOA–AUS | 2 stops<br>HNL, SFO | $948 | v |
| 10:35 PM – 11:58 PM+1<br>Alaska | 21h 23m<br>KOA–AUS | 1 stop<br>11h 25m SEA | $362 | v |
| 1:07 PM – 2:30 PM+1<br>Hawaiian… · Operated by Skywest Airline… | 21h 23m<br>KOA–AUS | 2 stops<br>HNL, SFO | $387 | v |
| 1:07 PM – 2:55 PM+1<br>Hawaiian, … · Operated by Skywest DBA … | 21h 48m<br>KOA–AUS | 2 stops<br>HNL, LAX | $888 | v |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |
| 12:20 PM – 2:15 PM+1<br>Hawaiian, American | 21h 55m<br>KOA–AUS | 3 stops<br>HNL, LIH, PHX | $357 | v |

 Google      Flights      

| | | | | |
|---|---|---|---|---|
| 11:25 AM – 1:43 PM[+1]<br>Hawaiian, American | 22h 18m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ⌄ |
| 9:17 AM – 11:36 AM[+1]<br>Hawaiian, American | 22h 19m<br>KOA–AUS | 2 stops<br>HNL, DFW | $377 | ⌄ |
| 2:20 PM – 4:46 PM[+1]<br>Ala… · Operated by Skywest Airlines as A… | 22h 26m<br>KOA–AUS | 1 stop<br>13h 50m SJC | $307 | ⌄ |
| 11:25 AM – 2:15 PM[+1]<br>Hawaiian, American | 22h 50m<br>KOA–AUS | 2 stops<br>HNL, PHX | $377 | ⌄ |
| 9:17 AM – 12:10 PM[+1]<br>Hawaiian, American | 22h 53m<br>KOA–AUS | 2 stops<br>HNL, ORD | $377 | ⌄ |
| 11:25 AM – 2:30 PM[+1]<br>Hawaiian… · Operated by Skywest Airline… | 23h 5m<br>KOA–AUS | 2 stops<br>HNL, SFO | $372 | ⌄ |
| 10:00 AM – 1:10 PM[+1]<br>Alaska | 23h 10m<br>KOA–AUS | 1 stop<br>13h 15m SEA | $589 | ⌄ |
| 12:50 PM – 4:25 PM[+1]<br>Ala… · Operated by Horizon Air as Alask… | 23h 35m<br>KOA–AUS | 1 stop<br>15h 15m SAN | $287 | ⌄ |
| 10:45 AM – 2:30 PM[+1]<br>Hawaiian… · Operated by Skywest Airline… | 23h 45m<br>KOA–AUS | 2 stops<br>OGG, SFO | $322 | ⌄ |
| 5:20 PM – 9:15 PM[+1]<br>Hawaiian, United | 23h 55m<br>KOA–AUS | 2 stops<br>HNL, DEN | $948 | ⌄ |
| 12:50 PM – 4:46 PM[+1]<br>A… · Operated by Skywest Airlines as Ala… | 23h 56m<br>KOA–AUS | 2 stops<br>SAN, SJC | $327 | ⌄ |
| 7:06 AM – 11:36 AM[+1]<br>Hawaiian, American | 24h 30m<br>KOA–AUS | 2 stops<br>HNL, DFW | $383 | ⌄ |
| 11:25 AM – 4:25 PM[+1]<br>Hawaiian, … · Operated by Horizon Air as … | 25h 0m<br>KOA–AUS | 2 stops<br>HNL, SAN | $353 | ⌄ |
| 7:06 AM – 12:10 PM[+1]<br>Hawaiian, American | 25h 4m<br>KOA–AUS | 2 stops<br>HNL, ORD | $377 | ⌄ |
| 1:07 PM – 6:36 PM[+1]<br>Hawaiian, United | 25h 29m<br>KOA–AUS | 2 stops<br>HNL, SFO | $948 | ⌄ |
| 7:06 AM – 1:05 PM[+1]<br>Hawaiian, United | 25h 59m<br>KOA–AUS | 2 stops<br>HNL, DEN | $394 | ⌄ |
| 7:06 AM – 1:43 PM[+1]<br>Hawaiian, American | 26h 37m<br>KOA–AUS | 2 stops<br>HNL, DFW | $383 | ⌄ |
| 9:17 AM – 4:25 PM[+1]<br>Hawaiian, … · Operated by Horizon Air as … | 27h 8m<br>KOA–AUS | 2 stops<br>HNL, SAN | $353 | ⌄ |

 Google



| | | | | | |
|---|---|---|---|---|---|
| | 7:06 AM – 2:16 PM⁺¹<br>Hawaiian, United | 27h 10m<br>KOA–AUS | 2 stops<br>HNL, SFO | $394 | ⌄ |
| | 7:06 AM – 2:16 PM⁺¹<br>Hawaiian, United | 27h 10m<br>KOA–AUS | 2 stops<br>HNL, SFO | $523 | ⌄ |
| | 7:06 AM – 2:30 PM⁺¹<br>Hawaiian... · Operated by Skywest Airline... | 27h 24m<br>KOA–AUS | 2 stops<br>HNL, SFO | $444 | ⌄ |
| | 7:06 AM – 2:55 PM⁺¹<br>Hawaiian, ... · Operated by Skywest DBA ... | 27h 49m<br>KOA–AUS | 2 stops<br>HNL, LAX | $394 | ⌄ |
| | 7:06 AM – 2:55 PM⁺¹<br>Hawaiian, ... · Operated by Skywest DBA ... | 27h 49m<br>KOA–AUS | 2 stops<br>HNL, LAX | $412 | ⌄ |
| | 11:18 PM – 9:40 AM⁺²<br>American | 30h 22m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 9:40 AM⁺²<br>American | 30h 22m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 9:40 AM⁺²<br>American | 30h 22m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 9:40 AM⁺²<br>American | 30h 22m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 9:40 AM⁺²<br>American | 30h 22m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:30 PM – 11:18 AM⁺²<br>Uni... · Operated by Mesa Airlines DBA Un... | 31h 48m<br>KOA–AUS | 2 stops<br>SFO, IAH | $1,201 | ⌄ |
| | 11:18 PM – 11:46 AM⁺²<br>American | 32h 28m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 11:46 AM⁺²<br>American | 32h 28m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 11:46 AM⁺²<br>American | 32h 28m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 11:46 AM⁺²<br>American | 32h 28m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 11:46 AM⁺²<br>American | 32h 28m<br>KOA–AUS | 2 stops<br>PHX, DFW | $290 | ⌄ |
| | 11:18 PM – 11:46 AM⁺²<br>American | 32h 28m<br>KOA–AUS | 2 stops<br>PHX, DFW | $292 | ⌄ |
| | 10:00 AM – 11:58 PM⁺¹<br>Alaska | 33h 58m<br>KOA–AUS | 1 stop<br>24h 0m SEA | $589 | ⌄ |

 Google





| | 10:35 PM – 1:13 PM⁺² Alaska | 34h 38m KOA–AUS | 1 stop 24h 40m SEA | $597 | |
| | 11:30 PM – 2:13 PM⁺² United | 34h 43m KOA–AUS | 1 stop 26h 11m SFO | $227 | |
| | 11:18 PM – 2:14 PM⁺² American | 34h 56m KOA–AUS | 1 stop 26h 45m PHX | $252 | |
| | 10:50 PM – 2:53 PM⁺² Delta, United | 36h 3m KOA–AUS | 1 stop 28h 5m LAX | $618 | |
| | 10:30 PM – 5:08 PM⁺² United | 38h 38m KOA–AUS | 1 stop 29h 55m DEN | $294 | |

Hide 116 flights

## Hotels in Austin ⓘ

Nightly prices for 1 guest Dec 16–Dec 18                           Search for hotels ↗

 $125    JW Marriott Austin
4.6          (5504)

 $95    Omni Austin Hotel Downtown
4.3          (3204)

 $150    Fairmont Austin
4.5          (3088)

## Explore more destinations from Kailua-Kona

Google Flights    🌐 Language · English ▾    Country · United States ▾    Currency · USD ▾

Find the cheapest and best flight for you.

About Google      Privacy & Terms      Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**



 Google

One way · 1 passenger · Economy

Kailua-Kona KOA → Waco ACT · Tue, Dec 15

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

### Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

Prices are currently **low** — $189 cheaper than usual for your dates. Details

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Airline | Duration | Route | Stops | Via | Price |
|---|---|---|---|---|---|---|
| 7:00 PM – 11:21 AM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 12h 21m | KOA–ACT | 2 stops | HNL, DFW | $762 |
| 5:20 PM – 11:21 AM+1 | Hawaiian, A... · Operated by Envoy Air as ... | 14h 1m | KOA–ACT | 2 stops | HNL, DFW | $754 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 2 stops | PHX, DFW | $286 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 2 stops | PHX, DFW | $286 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 2 stops | PHX, DFW | $292 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 3 stops | PHX, SAN, DFW | $327 |
| 11:18 PM – 6:02 PM+1 | A... · Operated by Skywest Airlines as Am... | 14h 44m | KOA–ACT | 3 stops | PHX, ABQ, DFW | $342 |
| 11:18 PM – 6:02 PM+1 | A... · Operated by Mesa Airlines as Ame... | 14h 44m | KOA–ACT | 3 stops | PHX, PSP, DFW | $367 |
| 11:18 PM – 6:02 PM+1 | A... · Operated by Skywest Airlines as Am... | 14h 44m | KOA–ACT | 3 stops | PHX, OKC, DFW | $377 |
| 11:18 PM – 6:02 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 14h 44m | KOA–ACT | 3 stops | PHX, SNA, DFW | $387 |

Google

Flights



| | 11:18 PM – 6:02 PM[+1]<br>Ameri… · Operated by Envoy Air as Ameri… | 14h 44m<br>KOA–ACT | 3 stops<br>PHX, LAS, DFW | $391 | ⌄ |
| | 11:18 PM – 6:02 PM[+1]<br>Ameri… · Operated by Envoy Air as Ameri… | 14h 44m<br>KOA–ACT | 3 stops<br>PHX, SAT, DFW | $413 | ⌄ |
| | 11:18 PM – 6:02 PM[+1]<br>A… · Operated by Skywest Airlines as A… | 14h 44m<br>KOA–ACT | 3 stops<br>PHX, ONT, DFW | $437 | ⌄ |
| | 4:30 PM – 11:21 AM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 14h 51m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | ⌄ |
| | 10:35 PM – 6:02 PM[+1]<br>Alaska, A… · Operated by Envoy Air as A… | 15h 27m<br>KOA–ACT | 2 stops<br>SEA, DFW | $639 | ⌄ |
| | 3:05 PM – 11:21 AM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 16h 16m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | ⌄ |
| | 1:53 PM – 11:21 AM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 17h 28m<br>KOA–ACT | 2 stops<br>OGG, DFW | $757 | ⌄ |
| | 1:07 PM – 11:21 AM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 18h 14m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | ⌄ |
| | 12:20 PM – 11:21 AM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 1m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, PHX, DFW | $516 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, PHX, DFW | $516 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, PHX, DFW | $522 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $545 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $545 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $551 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 3 stops<br>HNL, LAX, DFW | $575 | ⌄ |
| | 7:00 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 2m<br>KOA–ACT | 2 stops<br>HNL, DFW | $762 | ⌄ |
| | 6:12 PM – 6:02 PM[+1]<br>Hawaiian, A… · Operated by Envoy as … | 19h 50m<br>KOA–ACT | 3 stops<br>LIH, LAX, DFW | $542 | ⌄ |

 Google



| | 6:12 PM – 6:02 PM⁺¹ | 19h 50m | 3 stops | | $572 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | LIH, LAX, DFW | | | |
| | 11:25 AM – 11:21 AM⁺¹ | 19h 56m | 2 stops | | $762 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, DFW | | | |
| | 10:45 AM – 11:21 AM⁺¹ | 20h 36m | 2 stops | | $757 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | OGG, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 3 stops | | $522 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 3 stops | | $522 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | | |
| | 5:20 PM – 6:02 PM⁺¹ | 20h 42m | 2 stops | | $704 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $516 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $522 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, LAX, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $522 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, PHX, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 2 stops | | $762 | ⌄ |
| | Hawaiian, A… · Operated by Envoy Air as … | KOA–ACT | HNL, DFW | | | |
| | 4:30 PM – 6:02 PM⁺¹ | 21h 32m | 3 stops | | $1,496 | ⌄ |

 Google



| | | | | |
|---|---|---|---|---|
| Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | | HNL, DFW | |
| 3:05 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 22h 57m KOA–ACT | 3 stops HNL, PHX, DFW | $516 | ⌄ |
| 3:05 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 22h 57m KOA–ACT | 3 stops HNL, PHX, DFW | $516 | ⌄ |
| 3:05 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 22h 57m KOA–ACT | 3 stops HNL, PHX, DFW | $3,173 | ⌄ |
| 7:06 AM – 11:21 AM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 15m KOA–ACT | 2 stops HNL, DFW | $768 | ⌄ |
| 7:06 AM – 11:21 AM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 15m KOA–ACT | 3 stops HNL, OGG, DFW | $891 | ⌄ |
| 1:07 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 55m KOA–ACT | 3 stops HNL, PHX, DFW | $436 | ⌄ |
| 1:07 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 55m KOA–ACT | 3 stops HNL, PHX, DFW | $436 | ⌄ |
| 1:07 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 55m KOA–ACT | 3 stops HNL, PHX, DFW | $442 | ⌄ |
| 1:07 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 55m KOA–ACT | 3 stops HNL, LAX, DFW | $496 | ⌄ |
| 1:07 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 24h 55m KOA–ACT | 3 stops HNL, LAX, DFW | $496 | ⌄ |
| 12:20 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 25h 42m KOA–ACT | 3 stops HNL, PHX, DFW | $436 | ⌄ |
| 12:20 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 25h 42m KOA–ACT | 3 stops HNL, PHX, DFW | $436 | ⌄ |
| 12:20 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 25h 42m KOA–ACT | 3 stops HNL, PHX, DFW | $442 | ⌄ |
| 12:20 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 25h 42m KOA–ACT | 3 stops HNL, LAX, DFW | $496 | ⌄ |
| 12:20 PM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 25h 42m KOA–ACT | 3 stops HNL, LAX, DFW | $496 | ⌄ |
| 11:25 AM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 26h 37m KOA–ACT | 3 stops HNL, PHX, DFW | $436 | ⌄ |
| 11:25 AM – 6:02 PM⁺¹ Hawaiian, A... · Operated by Envoy Air as ... | 26h 37m KOA–ACT | 3 stops HNL, PHX, DFW | $436 | ⌄ |

 Google

flights



| | 11:25 AM – 6:02 PM | 26h 37m | 3 stops | | $496 | |
|---|---|---|---|---|---|---|
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 11:25 AM – 6:02 PM⁺¹ | 26h 37m | 3 stops | | $496 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 11:25 AM – 6:02 PM⁺¹ | 26h 37m | 3 stops | | $502 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 10:00 AM – 6:02 PM⁺¹ | 28h 2m | 2 stops | | $1,724 | |
| | Alaska, A... · Operated by Envoy Air as A... | KOA–ACT | SEA, DFW | | | ⌄ |
| | 9:17 AM – 6:02 PM⁺¹ | 28h 45m | 3 stops | | $442 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, PHX, DFW | | | ⌄ |
| | 9:17 AM – 6:02 PM⁺¹ | 28h 45m | 3 stops | | $442 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, PHX, DFW | | | ⌄ |
| | 9:17 AM – 6:02 PM⁺¹ | 28h 45m | 3 stops | | $447 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, PHX, DFW | | | ⌄ |
| | 9:17 AM – 6:02 PM⁺¹ | 28h 45m | 3 stops | | $502 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $522 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, PHX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $522 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, PHX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $528 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, PHX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $551 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $551 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $557 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 3 stops | | $581 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, LAX, DFW | | | ⌄ |
| | 7:06 AM – 6:02 PM⁺¹ | 30h 56m | 2 stops | | $768 | |
| | Hawaiian, A... · Operated by Envoy Air as ... | KOA–ACT | HNL, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 2 stops | | $272 | |
| | Ameri... · Operated by Envoy Air as Ameri... | KOA–ACT | PHX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 2 stops | | $272 | |
| | Ameri... · Operated by Envoy Air as Ameri... | KOA–ACT | PHX, DFW | | | ⌄ |

 Google



| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $292 | |
|---|---|---|---|---|---|---|
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $297 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $307 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, SAN, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $318 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, SMF, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $318 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, SJC, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $328 | |
| | A…  · Operated by Skywest Airlines as A… | KOA–ACT | PHX, ABQ, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $333 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, SFO, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 3 stops | | $338 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, LAS, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 2 stops | | $382 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, DFW | | | ⌄ |
| | 11:18 PM – 11:50 AM⁺² | 32h 32m | 2 stops | | $382 | |
| | Ameri…  · Operated by Envoy Air as Ameri… | KOA–ACT | PHX, DFW | | | ⌄ |

     

| | | | | | |
|---|---|---|---|---|---|
| 11:18 PM – 11:50 AM$^{+2}$ <br> A··· · Operated by Skywest Airlines as Am··· | 32h 32m <br> KOA–ACT | 3 stops <br> PHX, ABQ, DFW | $399 | ⌄ |
| 11:18 PM – 11:50 AM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 32h 32m <br> KOA–ACT | 3 stops <br> PHX, SAT, DFW | $419 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $272 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $272 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $272 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $272 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $277 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, AUS, DFW | $303 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, AUS, DFW | $308 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> A··· · Operated by Skywest Airlines as A··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, ABQ, DFW | $333 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> A··· · Operated by Skywest Airlines as Am··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, ABQ, DFW | $348 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, AUS, DFW | $353 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $382 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $382 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $382 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 2 stops <br> PHX, DFW | $382 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> A··· · Operated by Skywest Airlines as Am··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, ABQ, DFW | $399 | ⌄ |
| 11:18 PM – 3:30 PM$^{+2}$ <br> Ameri··· · Operated by Envoy Air as Ameri··· | 36h 12m <br> KOA–ACT | 3 stops <br> PHX, SAT, DFW | $1,069 | ⌄ |

11/3/2020





| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 | ⌄ |
|---|---|---|---|---|---|
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $277 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $292 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $297 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $382 | ⌄ |
| | 11:18 PM – 9:59 PM$^{+2}$<br>Ameri… · Operated by Envoy Air as Ameri… | 42h 41m<br>KOA–ACT | 2 stops<br>PHX, DFW | $393 | ⌄ |

Hide 125 flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Dec 16–Dec 18

Search for hotels ↗



| $110 | Hilton Waco<br>4.4 (912) |
|---|---|



| $104 | Hotel Indigo Waco - Baylor<br>4.5 (773) |
|---|---|



| $79 | Holiday Inn Express & Suite…<br>4.4 (535) |
|---|---|

## Explore more destinations from Kailua-Kona



Google Flights

🌐 Language · English  ▾        Country · United States  ▾        Currency · USD  ▾

Find the cheapest and best flight for you.

About Google      Privacy & Terms      Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**