# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DELL TECHNOLOGIES INC., ET AL,**<br><br>*Defendants.* | Civil Action No.: 6:20-cv-00482-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Dell Technologies, Inc., Dell Inc., and EMC Corporation, ("Defendants") hereby stipulate that all claims in this action are hereby dismissed with prejudice. The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  April 11, 2022

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)

RESPECTFULLY SUBMITTED,

By: */s/ Brian A. Rosenthal*
    Benjamin Hershkowitz
    bhershkowitz@gibsondunn.com
    Brian A. Rosenthal
    brosenthal@gibsondunn.com
    Allen Kathir
    akathir@gibsondunn.com
    Josh Krevitt
    jkrevitt@gibsondunn.com
    Paul Torchia
    ptorchia@gibsondunn.com

tnguyen@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted *pro hac vice*)
sivan@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800


Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com

Venus Allahyarzadeh
vallahyarzadeh@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Y. Ernest Hsin
ehsin@gibsondunn.com
Jaysen S. Chung
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission St., Ste. 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Ryan K. Iwahashi
riwahashi@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Rd.
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Emily M. Whitcher
ewhitcher@gibsondunn.com
Andrew P. Blythe
ablythe@gibsondunn.com
Casey J. Mccracken
cmccracken@gibsondunn.com
Nathaniel R. Scharn
nscharn@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Barry K. Shelton
Texas State Bar No. 24055029
bshelton@winston.com
**WINSTON & STRAWN LLP**
2121 North Pearl Street, Ste. 900
Dallas, TX 75201

2

JOINT STIPULATION OF DISMISSAL

<table>
<tr><td>

Justin Allen (TX Bar No. 24081977)  
justin@swclaw.com  
**STECKLER WAYNE CHERRY &**  
**LOVE PLLC**  
8416 Old McGregor Road  
Waco, TX 76712  
Telephone: (254) 651-3690  
Facsimile: (254) 651-3689  

**Attorneys for Plaintiff**  
**WSOU INVESTMENTS, LLC d/b/a**  
**BRAZOS LICENSING AND**  
**DEVELOPMENT**

</td><td>

Telephone: 214.453.6407  
Facsimile: 214.453.6400  


*Attorneys for Defendants*

</td></tr>
</table>

3

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on April 11, 2022.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop