# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00482-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., | § | |
| EMC CORPORATION | | |

## ORDER CANCELLING DISCOVERY HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **DISCOVERY HEARING BY ZOOM** on **Wednesday, April 13, 2022 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 12th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE