IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, and VMWARE, INC.<br>　　　　　*Defendants.* | §§§§§§§§§§§ | CIVIL ACTION NO. 6:20-CV-00473-ADA<br>CIVIL ACTION NO. 6:20-CV-00475-ADA<br>CIVIL ACTION NO. 6:20-CV-00476-ADA<br>CIVIL ACTION NO. 6:20-CV-00477-ADA<br>CIVIL ACTION NO. 6:20-CV-00480-ADA<br>CIVIL ACTION NO. 6:20-CV-00481-ADA<br>CIVIL ACTION NO. 6:20-CV-00482-ADA<br>CIVIL ACTION NO. 6:20-CV-00485-ADA<br>CIVIL ACTION NO. 6:20-CV-00486-ADA |

## DISCOVERY HEARING REFERRAL ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the hearings on discovery disputes the Parties raised via email on March 29, 2022 and April 7, 2022—and any subsequent, related discovery orders—are referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 13th day of April, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE